Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Raguse Family Partnership** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3995145** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6867 740th Street** **Wheaton, MN 56296** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Traverse** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ■ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**1119**___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor District | **See Attachment** | When | Relationship | |
|---|---|---|---|---|
| | _____ | _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2026**
               MM / DD / YYYY

**X** **/s/ Truman Raguse**                                    **Truman Raguse**
Signature of authorized representative of debtor              Printed name

Title    **Partner**

**18. Signature of attorney**

**X** **/s/ James Jorissen**                          Date **May 14, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**James Jorissen 262833**
Printed name

**Taft Stettinius & Hollister LLP**
Firm name

**2200 IDS Center**
**80 South 8th Street**
**Minneapolis, MN 55402**
Number, Street, City, State & ZIP Code

Contact phone    **612-977-8400**    Email address    **jjorissen@taftlaw.com**

**262833 MN**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **David Raguse** | Relationship to you | **Partner** |
| District | **Minnesota** | When _____ | Case number, if known | |
| Debtor | **Susan Raguse** | Relationship to you | **Partner** |
| District | **Minnesota** | When _____ | Case number, if known | |
| Debtor | **Truman Raguse** | Relationship to you | **Partner** |
| District | **Minnesota** | When _____ | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Raguse Family Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2026**      X **/s/ Truman Raguse**
                                             Signature of individual signing on behalf of debtor

                                             **Truman Raguse**
                                             Printed name

                                             **Partner**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Raguse Family Partnership**

United States Bankruptcy Court for the:  **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADM 350 N Water Street Decatur, IL 62523** | | **Trade debt** | | | | **$477,000.00** |
| **Bois de Sioux Watershed Distri 704 Highway 75 South Wheaton, MN 56296** | | **Lease Payments** | | | | **$339,453.82** |
| **Cargill 15407 McGinty Road West Wayzata, MN 55391** | | **Trade debt** | | | | **$1,800,000.00** |
| **Channel Bio - Rinke Seeds 1803 2nd Avenue South Wheaton, MN 56296-1663** | | **Trade debt** | | | | **$1,683,416.48** |
| **CNH Capital-Productivity Plus 500 Diller Avenue New Holland, PA 17557** | | **Trade debt** | | | | **$153,068.31** |
| **CNH Capital-Productivity Plus 500 Diller Avenue New Holland, PA 17557** | | **2024 Geringhoff HZ1822 1042400231822FB** | | **$400,000.00** | **$250,000.00** | **$150,000.00** |
| **CT Sibson Gravel 87994 280th Street Beardsley, MN 56211** | | **Trade debt** | | | | **$100,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Farmers Mutual Hail/Choice Ins 6785 Westown Parkway West Des Moines, IA 50266** | | **Service Debt** | | | | $96,991.00 |
| **First Insurance Funding/Choice 450 Skokie Blvd. Suite 1000 Northbrook, IL 60062-7917** | | **Service Debt** | | | | $100,000.00 |
| **Gateway Building Systems 2138 Main Ave West #1 West Fargo, ND 58078** | | **Service Debt** | | | | $338,757.06 |
| **Internal Revenue Service Centralized Insolvency Operati P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Tax Debt** | | | | $246,638.63 |
| **Intuit Payments Inc. 2700 Cost Avenue Mountain View, CA 94043** | | **Service Debt** | | | | $83,512.73 |
| **John Deere Financial 6400 NW 86th Street Johnston, IA 50131** | | **Trade debt** | | | | $850,000.00 |
| **Minn-Dak Farmers Cooperative 7525 Red River Road Wahpeton, ND 58075** | | **Operating Loan Debt** | | | | $700,000.00 |
| **Monetafi 20200 West Dixie Hwy Suite 1205 Miami, FL 33180** | | **Service Debt** | | | | $70,366.61 |
| **North Shore Track Services, In 745 Exchange Drive Hudson, WI 54016** | | **Operating Loan Debt** | | | | $210,150.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prosperum Capital 1225 Franklin Avenue Suite 522 Garden City, NY 11530** | | **Operating Loan Debt** | | | | **$125,627.74** |
| **Quality Plus Manufacturing Inc 1007 Industrial Park Drive Oelwein, IA 50662** | | **Trade debt** | | | | **$171,322.90** |
| **RCIS/Receivables Control 7373 Kirkwood Court, Suite 200 Osseo, MN 55369** | | **Service Debt** | | | | **$450,000.00** |
| **Simplot 3100 South Columbia Road Suite 200 Grand Forks, ND 58201** | | **Trade debt** | | | | **$500,000.00** |

Debtor name    **Raguse Family Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................    $ **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..........................................................................................    $ **8,316,823.00**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............................................................................................    $ **8,316,823.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ **36,167,509.79**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ **246,638.63**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ **9,045,144.25**

4.  **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                $ **45,459,292.67**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cornerstone Bank** | **Checking** | **6053** | **$0.00** |
| 3.2. | **Bravera Bank** | **Checking** | **9624** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4:     Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:     Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** | **Crops-either planted or harvested** | | |
| **29.** | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | |
| **30.** | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | |
| **2007 Unverferth 3750 D47470161X996263** | $0.00 | **Comparable sale** | $15,000.00 |
| **2021 Head Hunter HT43 A84361** | $0.00 | **Comparable sale** | $14,000.00 |
| **2021 Head Hunter HT43 A84359** | $0.00 | **Comparable sale** | $14,000.00 |
| **2021 HLA Snowpushers Snowpushers 96"** | $0.00 | **Comparable sale** | $4,000.00 |
| **XO7578 SM7000 82ft Degelman Harrow Drag 5676** | $0.00 | **Comparable sale** | $30,000.00 |
| **2020 John Deere DB66 1JLDB66EELG785137** | $0.00 | **Comparable sale** | $400,000.00 |
| **CASE IH 475 CWR003548** | $0.00 | **Comparable sale** | $155,260.00 |
| **Brent 2096 B42960120** | $0.00 | **Comparable sale** | $190,000.00 |
| **Cat IH63 Telehandler SWM00457** | $0.00 | **Comparable sale** | $32,000.00 |
| **2022 KBAR 157595 4k1pt4c17nk010546** | $0.00 | **Comparable sale** | $11,000.00 |
| **2011 WIC 12R22 700961** | $0.00 | **Comparable sale** | $100,000.00 |

Debtor **Raguse Family Partnership**     Case number *(If known)* _____
     Name

| | | | |
|---|---|---|---|
| **Komatsu Excavator PC300 Komatsu PC300 Excavator R71275** | $0.00 | **Comparable sale** | $40,000.00 |
| **Vermeer VT830 Feeder IVRA251VAS004010** | $0.00 | **Comparable sale** | $80,000.00 |
| **2023 Westfield 287795** | $0.00 | **Comparable sale** | $10,000.00 |
| **2018 Case 18 row corn head 18 row YJH633407** | $0.00 | **Comparable sale** | $150,000.00 |
| **John Deere 560R 1E0560RDCPP497778** | $0.00 | **Comparable sale** | $75,000.00 |
| **John Deere Accumulator 1p0a520ranx000689** | $0.00 | **Comparable sale** | $20,000.00 |
| **2022 John Deere 8R370 Used 1RW8370DANC200318** | $0.00 | **Comparable sale** | $395,025.00 |
| **2010 H&S 30T HYD beet cart 0186** | $0.00 | **Comparable sale** | $58,000.00 |
| **2024 Case IH 645Q JEEZC645CRF514868**<br>**2024 Case IH 595Q JEEZC595KRF514417**<br>**2024 Case IH 595Q JEEZC595crf514400**<br>**2024 Case IH 595Q JEEZC595JRF514418**<br>**2024 Case IH 595Q JEEZC595LRF514408** | $0.00 | **Comparable sale** | $3,437,038.00 |
| **Case IH 9250 HAJF8N4MKPG253748**<br>**Case IH 9250 HAJF9N4NHRG258191**<br>**Case IH 9250 HAJF9N4NLRG258156** | $0.00 | **Comparable sale** | $2,092,000.00 |
| **Terragator S#AGCA8300AFNS21029** | $0.00 | **Comparable sale** | $50,000.00 |
| **2024 Geringhoff HZ1822 1042400231822FB** | $0.00 | **Comparable sale** | $250,000.00 |

31.     **Farm and fishing supplies, chemicals, and feed**

32.     **Other farming and fishing-related property not already listed in Part 6**

33.     **Total of Part 6.**          **$7,622,323.00**
      Add lines 28 through 32. Copy the total to line 85.

34.     **Is the debtor a member of an agricultural cooperative?**
      ■ No
      ☐ Yes. Is any of the debtor's property stored at the cooperative?
           ☐ No
           ☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<div style="background:black;color:white">Part 7:</div> **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **4 desks, 7 chairs, 2 printers, 1 monitor, 1 laptop, 1 conference table, 2 refrigerators** | **$0.00** | **Comparable sale** | **$500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | **$500.00** |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<div style="background:black;color:white">Part 8:</div> **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 Ford F750, VIN: 3FRWF75U78V658580** | **$0.00** | **Comparable sale** | **$15,000.00** |
| 47.2. **1993 Peterbilt 377, VIN: 1XPCDE9XXPD324248** | **$0.00** | **Comparable sale** | **$25,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 47.3. | **1989 GMC C7000, VIN: 1GDM7D1Y4KV506859** | $0.00 | Comparable sale | | $20,000.00 |
| 47.4. | **1999 Mack 600, VIN: 1M1AA13Y5XW104421** | $0.00 | Comparable sale | | $15,000.00 |
| 47.5. | **1992 Homemade Trailer, VIN: 342372** | $0.00 | Comparable sale | | $15,000.00 |
| 47.6. | **2008 Ford F150, VIN: 1FTRW14598FA69845** | $0.00 | Comparable sale | | $5,000.00 |
| 47.7. | **2004 Dodge Ram 2500, VIN: 3D7DU28CX4G177993** | $0.00 | Comparable sale | | $5,000.00 |
| 47.8. | **1995 Kenworth Construction, VIN: 1XKDD99XXSJ651535** | $0.00 | Comparable sale | | $20,000.00 |
| 47.9. | **1975 Flatbed Trailer, VIN: 30755** | $0.00 | Comparable sale | | $8,000.00 |
| 47.10. | **1999 WABAS, VIN: 1JJV532WXXL510799** | $0.00 | Comparable sale | | $8,000.00 |
| 47.11. | **2021 GMC Sierra, VIN: 1GT49NEY5MF216187** | $0.00 | Comparable sale | | $25,000.00 |
| 47.12. | **2000 Fertilizer Trailer, VIN: 1Y9FG443XYA130089** | $0.00 | Comparable sale | | $25,000.00 |
| 47.13. | **1990 Trailking Trailer, VIN: 1TKS04828LM114436** | $0.00 | Comparable sale | | $10,000.00 |
| 47.14. | **1959 Semi Trailer, VIN: 0M15414** | $0.00 | Comparable sale | | $10,000.00 |
| 47.15. | **1993 International 4000, VIN: 1HTSDN2P1PH510179** | $0.00 | Comparable sale | | $15,000.00 |
| 47.16. | **1989 Homemade Trailer, VIN: DPSM8839850000000** | $0.00 | Comparable sale | | $8,000.00 |
| 47.17. | **1996 International 4000, VIN: 1HTSCABK9TH244355** | $0.00 | Comparable sale | | $15,000.00 |
| 47.18. | **2022 GMC Sierra, VIN: 1GT49NEY3NF130538** | $0.00 | Comparable sale | | $32,000.00 |
| 47.19. | **2014 Merit Trailer, VIN: 1MT2P3921EH024009** | $0.00 | Comparable sale | | $30,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.20· | **2000 Midland SE Trailer, VIN: 2MFB2S4D4YR000834** | **$0.00** | **Comparable sale** | **$8,000.00** |
| 47.21· | **1993 Trailer King, VIN: 1TKS04039PM042993** | **$0.00** | **Comparable sale** | **$8,000.00** |
| 47.22· | **2003 Chevy Silverado, VIN: 1GCGK13U43F142267** | **$0.00** | **Comparable sale** | **$1,000.00** |
| 47.23· | **1997 Timp Trailer, VIN: 1TDH40021VB090649** | **$0.00** | **Comparable sale** | **$15,000.00** |
| 47.24· | **1995 International 3000, VIN: 1HVBBAAPXSH247996** | **$0.00** | **Comparable sale** | **$15,000.00** |
| 47.25· | **2013 Peterbilt 388, VIN: 1XPWDP9X3DD177887** | **$0.00** | **Comparable sale** | **$55,000.00** |
| 47.26· | **2012 Peterbilt 388, VIN: 1XPWDP9X4CD148591** | **$0.00** | **Comparable sale** | **$55,000.00** |
| 47.27· | **2012 Petervilt 388, VIN: 1XPWDP9XXCD148580** | **$0.00** | **Comparable sale** | **$55,000.00** |
| 47.28· | **2011 Trail-Eze Lowboy Trailer, VIN: 1FA00L036BM020355** | **$0.00** | **Comparable sale** | **$50,000.00** |
| 47.29· | **2024 GMC Sierra, VIN: 1GT49NEY0RF139171** | **$0.00** | **Comparable sale** | **$50,000.00** |
| 47.30· | **2004 Auli Aulick Belt Trailer, VIN: 1V9SV5239KB150484** | **$0.00** | **Comparable sale** | **$30,000.00** |
| 47.31· | **2012 Meri Merritt Trailer, VIN: 1MT2P3920CH023320** | **$0.00** | **Comparable sale** | **$45,000.00** |
| 47.32· | **2001 Toyota Sienna, VIN: 4T3ZF13C71U396636** | **$0.00** | **Comparable sale** | **$1,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                   $694,000.00

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $7,622,323.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $694,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,316,823.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92       $8,316,823.00

Debtor name **Raguse Family Partnership**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Ally Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2022 GMC Sierra, VIN: 1GT49NEY3NF130538** | $88,538.14 | $32,000.00 |

**P.O. Box 71119**
**Charlotte, NC 28272-1119**
Creditor's mailing address

Describe the lien
**Auto Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Ascentium Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**John Deere 560R 1E0560RDCPP497778** | $50,000.00 | $75,000.00 |
| --- | --- | --- | --- | --- |

**23970 Highway 59N**
**Kingwood, TX 77339**
Creditor's mailing address

Describe the lien
**Loan Debt**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/12/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ascentium Capital** | **Describe debtor's property that is subject to a lien** | **$10,000.00** | **$20,000.00** |
|---|---|---|---|---|

Creditor's Name

**23970 Highway 59N
Kingwood, TX 77339**

Creditor's mailing address

**John Deere Accumulator 1p0a520ranx000689**

**Describe the lien**
**Loan Debt**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**4/9/2024**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ascentium Capital** | **Describe debtor's property that is subject to a lien** | **$350,000.00** | **$395,025.00** |
|---|---|---|---|---|

Creditor's Name

**23970 Highway 59N
Kingwood, TX 77339**

Creditor's mailing address

**2022 John Deere 8R370 Used
1RW8370DANC200318**

**Describe the lien**
**Loan Debt**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Avanza Capital** | **Describe debtor's property that is subject to a lien** | **$130,766.34** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**900 South Avenue
Suite 404
Staten Island, NY
10312-4000**

Creditor's mailing address

**Service Debt**

**Describe the lien**
**UCC**

---

Debtor **Raguse Family Partnership**
_____
Name

Case number (if known) _____

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **CapFirst Equipment Finance, In**<br>Creditor's Name<br><br>**3266 Oak Ridge Loop E**<br>**West Fargo, ND 58078**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2010 H&S 30T HYD beet cart 0186** | **$50,265.00** | **$58,000.00** |

**Describe the lien**
**Loan Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**4/9/2024**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5588**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **CNH Capital-Productivity Plus**<br>Creditor's Name<br><br>**500 Diller Avenue**<br>**New Holland, PA 17557**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment Loan** | **$5,838,840.24** | **Unknown** |

**Describe the lien**
**Loan Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **CNH Capital-Productivity Plus** | | | $93,000.00 | $155,260.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**CASE IH 475 CWR003548**

**500 Diller Avenue**
**New Holland, PA 17557**

Creditor's mailing address

**Describe the lien**
**Loan Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/9/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CNH Capital-Productivity Plus** | | | $103,000.00 | $190,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Brent 2096 B42960120**

**500 Diller Avenue**
**New Holland, PA 17557**

Creditor's mailing address

**Describe the lien**
**Loan Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/29/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **CNH Capital-Productivity Plus** | | | $215,000.00 | $150,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 Case 18 row corn head 18 row YJH633407**

**500 Diller Avenue**
**New Holland, PA 17557**

Creditor's mailing address

**Describe the lien**
**Loan Debt**

_____
Creditor's email address, if known

**Date debt was incurred**
**12/29/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **CNH Capital-Productivity Plus** | | |
|---|---|---|---|

Creditor's Name

**500 Diller Avenue**
**New Holland, PA 17557**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**7/12/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Case IH 645Q JEEZC645CRF514868**
**2024 Case IH 595Q JEEZC595KRF514417**
**2024 Case IH 595Q JEEZC595crf514400**
**2024 Case IH 595Q JEEZC595JRF514418**
**2024 Case IH 595Q JEEZC595LRF514408**

**Describe the lien**
**Loan Debt**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,800,000.00**     **$3,437,038.00**

---

| 2.1 2 | **CNH Capital-Productivity Plus** | | |
|---|---|---|---|

Creditor's Name

**500 Diller Avenue**
**New Holland, PA 17557**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**9/16/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Case IH 9250 HAJF8N4MKPG253748**
**Case IH 9250 HAJF9N4NHRG258191**
**Case IH 9250 HAJF9N4NLRG258156**

**Describe the lien**
**Loan Debt**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$2,100,000.00**     **$2,092,000.00**

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **CNH Capital-Productivity Plus** | | | |

Creditor's Name

**500 Diller Avenue
New Holland, PA 17557**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
10/3/2024
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Geringhoff HZ1822 1042400231822FB**

_____

**Describe the lien**
**Loan Debt**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$400,000.00**      **$250,000.00**

---

| 2.1 4 | **Cornerstone Bank** | | | |

Creditor's Name

**2280 45th Street South
Fargo, ND 58104**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**
**Loan Debt**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19,051,122.68**      **Unknown**

---

| 2.1 5 | **Deutsche Leasing USA, Inc.** | | | |

Creditor's Name

**190 S. LaSalle Street
Suite 2150
Chicago, IL 60603**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Holmer Terra Dos T5-40 S/N #4338 (Lease)**

_____

**Describe the lien**
**Loan Debt**

**$1,108,500.19**      **Unknown**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/28/2024**

**Last 4 digits of account number**

**7001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.16 | **Deutsche Leasing USA, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**190 S. LaSalle Street**
**Suite 2150**
**Chicago, IL 60603**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Holmer Beet Cart**

$239,825.00    Unknown

**Describe the lien**

**Loan Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**8/28/2024**

**Last 4 digits of account number**

**7002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.17 | **JPMorgan Chase Bank NA** |
|---|---|

Creditor's Name

**270 Park Avenue**
**New York, NY 10017**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2021 GMC 2500HD Sierra**

$28,277.03    $25,000.00

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**3/22/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**

**Lazarus Capital**
Creditor's Name

**900 South Avenue
Suite 404
Staten Island, NY
10312-4000**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Service Debt**

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$612,793.44**          **Unknown**

---

**2.19**

**Old Second National Bank**
Creditor's Name

**1515 West 22nd Street
Suite 100
Oak Brook, IL 60523**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/5/2025**
**Last 4 digits of account number**

**9757**
**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All crops, growing, grown or to be grown.**

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500,000.00**          **Unknown**

---

**2.20**

**SBA**
Creditor's Name

**14925 Kingsport Road
Fort Worth, TX 76155**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All tangible and intangible personal property**

Describe the lien

**$2,000,000.00**          **Unknown**

**Loan Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**12/6/2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8002**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.21 | **Vermeer Credit** | **Describe debtor's property that is subject to a lien** | **$82,918.30** | **Unknown** |
|------|--------------------|--------------------------------------------------------|----------------|-------------|

Creditor's Name

**Equipment Debt**

**1210 Vermeer Road East**
**Pella, IA 50219**

_____
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

_____

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.22 | **Vermeer Credit** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$80,000.00** |
|------|--------------------|--------------------------------------------------------|----------------|----------------|

Creditor's Name

**Vermeer VT830 Feeder IVRA251VAS004010**

**1210 Vermeer Road East**
**Pella, IA 50219**

_____
Creditor's mailing address

**Describe the lien**

**Loan Debt**

**Is the creditor an insider or related party?**

■ No

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**3/22/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4892**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Wells Fargo Leasing** | Describe debtor's property that is subject to a lien | $264,663.43 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**800 Walnut Street**
**4th Floor**
**Des Moines, IA 50309**
Creditor's mailing address

**2020 John Deere DB66 1JLDB66EELG785137**

**Describe the lien**
**Loan Debt**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**6/7/2023**
**Last 4 digits of account number**
**8000**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| $36,167,509. 79 |
|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name    **Raguse Family Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Cornelius Steffens**<br>**1209 3rd Avenue South**<br>**Wheaton, MN 56296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?

■ No

☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**David Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?

■ No

☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Douglas D. DeSmet**
**409 N Monroe Street**
**Minneota, MN 56264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Dricus Waldeck**
**7142 County Road 16**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Igmar Marks**
**6867 740th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246,638.63 | $246,638.63 |

**Internal Revenue Service**
**Centralized Insolvency Operati**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| | |
|---|---|
| **2.7** | |

Priority creditor's name and mailing address

**Kanja Steffens**
**1209 3rd Avenue South**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.8** | |

Priority creditor's name and mailing address

**Lourens De Koker**
**6867 740th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.9** | |

Priority creditor's name and mailing address

**Mondre Louw**
**203 Ash Avenue**
**Tintah, MN 56583-8321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.10** | |

Priority creditor's name and mailing address

**Robert Berg**
**519 East Beech Avenue**
**Fergus Falls, MN 56537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.11** Priority creditor's name and mailing address

**Ryan Adams**
**506 Trail Street, #102**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.12** Priority creditor's name and mailing address

**Terence Kettlewell**
**6867 740th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.13** Priority creditor's name and mailing address

**Tim Berg**
**17752 Dayton Lake Drive**
**Fergus Falls, MN 56537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.14** Priority creditor's name and mailing address

**Timothy Schmidt**
**7455 20th Street South**
**Fargo, ND 58104-7796**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Trisha Reinke**
**6797 760th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Truman Raguse**
**6867 740th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Ulrich Waldeck**
**6867 740th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address | | **Unknown** | **$0.00**

**Willem Adriaan**
**Van Der Westhui**
**6867 740th Street**
**Wheaton, MN 56296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$477,000.00** |
|---|---|---|---|

**ADM**
**350 N Water Street**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,700.18** |
|---|---|---|---|

**Advanced Servicing**
**1225 Franklin Avenue**
**Suite 522**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Operating Loan Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,962.50** |
|---|---|---|---|

**Agee & Son Supply Co.**
**440 White Pigeon Road**
**Maroa, IL 61756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Service Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,262.93** |
|---|---|---|---|

**AGI Marshall, Inc.**
**12285 E Main Street**
**Marshall, IL 62441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Service Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Agrasure Insurance**
**4201 38th Street South**
**Suite 205**
**Fargo, ND 58104-7535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Service Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,208.48** |
|---|---|---|---|

**Alpine**
**228 Park Avenue South**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Operating Loan Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,199.91** |
|---|---|---|---|

**Amrize Midwest, Inc.**
**f/k/a Holcim - MWR - Inc.**
**1010 Dale Street North**
**Saint Paul, MN 55117-5603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Judgment from Traverse County Court Case No. 78-CV-25-173__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,100.00** |

**Bell Bank**
**717 2nd Avenue North**
**Wahpeton, ND 58075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **PPP Loan**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,538.56** |

**Big Stone Lumber**
**P.O. Box 273**
**Clinton, MN 56225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Service Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,800.00** |

**Bobcat of Gwinner**
**P.O. Box 357**
**Gwinner, ND 58040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$339,453.82** |

**Bois de Sioux Watershed Distri**
**704 Highway 75 South**
**Wheaton, MN 56296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Lease Payments**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,841.90** |

**Breckenridge C. Dilly, Trustee**
**Louise M. Dilly, Trustee**
**1660 Kingwood Drive**
**Manhattan, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Lease Payments**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,800,000.00** |

**Cargill**
**15407 McGinty Road West**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,313.04** |

**Carlson Ag Aviation**
**25445 300th Avenue**
**Wendell, MN 56590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Service Debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,683,416.48** |
| | **Channel Bio - Rinke Seeds**<br>**1803 2nd Avenue South**<br>**Wheaton, MN 56296-1663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Trade debt**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$192.66** |
| | **City of New Effington**<br><br>**303 Main Street**<br>**New Effington, SD 57255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Utilities**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$153,068.31** |
| | **CNH Capital-Productivity Plus**<br>**500 Diller Avenue**<br>**New Holland, PA 17557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Trade debt**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$18,070.00** |
| | **Comstock Construction**<br>**280 11th Street South**<br>**Wahpeton, ND 58075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Service Debt**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$100,000.00** |
| | **CT Sibson Gravel**<br>**87994 280th Street**<br>**Beardsley, MN 56211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Trade debt**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$11,043.78** |
| | **Dakota Air Spray**<br>**333 Dak Avenue South, 2nd Fl**<br>**P.O. Box 176**<br>**Huron, SD 57350-0176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Service Debt**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$7,500.00** |
| | **Dakota Grain and Salvage LLC**<br>**751 W 12th Avenue**<br>**Suite 4**<br>**Webster, SD 57274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __**Service Debt**__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,991.00 |
|---|---|---|---|

**Farmers Mutual Hail/Choice Ins**
**6785 Westown Parkway**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,682.84 |
|---|---|---|---|

**Farmin, Inc.**
**4413 340th Avenue**
**Montevideo, MN 56265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**First Insurance Funding/Choice**
**450 Skokie Blvd.**
**Suite 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338,757.06 |
|---|---|---|---|

**Gateway Building Systems**
**2138 Main Ave West**
**#1**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,087.40 |
|---|---|---|---|

**High Power Crane**
**3335 35th Avenue South**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Holcium**
**800 Holiday Drive**
**Suite 240**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,655.63 |
|---|---|---|---|

**Holmer Americas Inc.**
**5186 S Ruth Road**
**Ruth, MI 48470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,774.00** |
|---|---|---|---|

**Innovative Sales Solutions**
**5301 Edina Industrial Blvd.**
**Suite 1, Dock 16**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,537.39** |
|---|---|---|---|

**Interstate Power Systems**
**3902 12th Avenue North**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,512.73** |
|---|---|---|---|

**Intuit Payments Inc.**
**2700 Cost Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850,000.00** |
|---|---|---|---|

**John Deere Financial**
**6400 NW 86th Street**
**Johnston, IA 50131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,225.00** |
|---|---|---|---|

**Kenneth Birchem**
**George Birchem**
**17235 101st Street SE**
**Hankinson, ND 58041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lease Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|---|---|---|---|

**Kevin Raguse**
**601 Front Street South**
**Wheaton, MN 56296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,250.00** |
|---|---|---|---|

**Kraig Birchem**
**George Birchem**
**17235 101st Street SE**
**Hankinson, ND 58041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Lease Payments__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,931.94**

**Lepp's Electric Repair**
**18036 79 1/2 Street SE**
**Wahpeton, ND 58075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,016.00**

**Linda R. Ohrt Revocable Trust**
**8500 East Southern Ave.**
**Lot 382**
**Mesa, AZ 85209-3605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Lease Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,760.00**

**Louise M. Dilly**
**1660 Kingwood Drive**
**Manhattan, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Lease Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,671.15**

**MDI**
**17805 State Route 13**
**Wahpeton, ND 58075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,891.38**

**Midwest Livestock Service, Ltd**
**Box 55**
**1015 Holder Street**
**Larchwood, IA 51241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Service Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700,000.00**

**Minn-Dak Farmers Cooperative**
**7525 Red River Road**
**Wahpeton, ND 58075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Operating Loan Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,366.61**

**Monetafi**
**20200 West Dixie Hwy**
**Suite 1205**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Service Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210,150.00 |

**North Shore Track Services, In**
**745 Exchange Drive**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Operating Loan Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,876.87 |

**Ohren Electric Inc.**
**24663 Rose View Drive**
**Dalton, MN 56324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.11 |

**Otter Tail Power**
**P.O. Box 2002**
**Fergus Falls, MN 56537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1997**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,070.16 |

**Parkland USA Corp**
**d/b/a Farstad Oil**
**P.O. Box 1842**
**Minot, ND 58702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |

**Prairie Ag Products**
**5171 51st Ave S, Suite 119**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Service Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,627.74 |

**Prosperum Capital**
**1225 Franklin Avenue**
**Suite 522**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Operating Loan Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,322.90 |

**Quality Plus Manufacturing Inc**
**1007 Industrial Park Drive**
**Oelwein, IA 50662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,100.00 |
|---|---|---|---|

**Rain and Hail/Choice Insurance**
**Northern Division Two Carlson**
**Pkwy, Suite 255**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450,000.00 |
|---|---|---|---|

**RCIS/Receivables Control**
**7373 Kirkwood Court, Suite 200**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**Safe T Pull**
**6850 County Highway 12**
**Park River, ND 58270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,013.36 |
|---|---|---|---|

**Schlagel, INC.**
**P.O. Box 860720**
**Minneapolis, MN 55486-0720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,178.16 |
|---|---|---|---|

**Sherven's Grain & Livestock**
**17880 State Route 13**
**Wahpeton, ND 58075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|---|---|---|---|

**Simplot**
**3100 South Columbia Road**
**Suite 200**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,299.00 |
|---|---|---|---|

**Todd's Welding Shop Inc.**
**521 R-Dohman Drive**
**Breckenridge, MN 56520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Twin Valley Tire**<br>**304 5th Street North**<br>**Wheaton, MN 56296** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,600.00** |
|---|---|---|---|

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Wallwork Truck Center**<br>**900 35th Street North**<br>**Fargo, ND 58102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,094.27** |
|---|---|---|---|

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Walt Johnson Construction**<br>**4015 Minnesota Street**<br>**Alexandria, MN 56308** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$70,000.00** |
|---|---|---|---|

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Service Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Wieser Concrete**<br>**W3716 US Highway 1**<br>**Maiden Rock, WI 54750** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$43,000.00** |
|---|---|---|---|

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Benjamin J. Williams**<br>**Kennelly Business Law**<br>**1213 NP Avenue, Suite 301**<br>**Fargo, ND 58102** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 246,638.63 |
| **5b. Total claims from Part 2** | 5b. + | $ 9,045,144.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,291,782.88 |

Debtor name **Raguse Family Partnership**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **2024 Farmland Lease Agreement #24-01** | |
| State the term remaining | **8 months** | **Bois de Sioux Watershed Distri** |
| List the contract number of any government contract | | **704 Highway 75 South** **Wheaton, MN 56296** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **2024 Farmland Lease Agreement #24-06** | |
| State the term remaining | **8 months** | **Bois de Sioux Watershed Distri** |
| List the contract number of any government contract | | **704 Highway 75 South** **Wheaton, MN 56296** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **2024 Farmland Lease Agreement #24-07** | |
| State the term remaining | **8 months** | **Bois de Sioux Watershed Distri** |
| List the contract number of any government contract | | **704 Highway 75 South** **Wheaton, MN 56296** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **2024 Farmland Lease Agreement #24-08** | |
| State the term remaining | **8 months** | **Bois de Sioux Watershed Distri** |
| List the contract number of any government contract | | **704 Highway 75 South** **Wheaton, MN 56296** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2025-2027 Farmland Lease Agreement** | |
| | State the term remaining | **20 months** | **Breckenridge C. Dilly, Trustee** **Louise M. Dilly, Trustee** **1660 Kingwood Drive** **Manhattan, KS 66502** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for 2022 John Deere 616R Self Propelled 1N0616RXTN0228292** | |
| | State the term remaining | **44 months** | **CapFirst Equipment Finance, In** **3266 Oak Ridge Loop E** **West Fargo, ND 58078** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Operating Lease Agreement for 2024 Case 721G TS Wheel Loader NPF256837** | |
| | State the term remaining | **24 months** | **CNH Capital-Productivity Plus** **500 Diller Avenue** **New Holland, PA 17557** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Operating Lease Agreement for 2024 Case IH Puma KRDL51145 and Case Loader** | |
| | State the term remaining | **40 months** | **CNH Capital-Productivity Plus** **500 Diller Avenue** **New Holland, PA 17557** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Holmer Beet Cart** | |
| | State the term remaining | **66 months** | **Deutsche Leasing USA, Inc.** **190 S. LaSalle Street** **Suite 2150** **Chicago, IL 60603** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Homer Terra Dos T5-40 Lease** | |
|---|---|---|---|
| | State the term remaining | **66 months** | **Deutsche Leasing USA, Inc.** |
| | List the contract number of any government contract | | **190 S. LaSalle Street** **Suite 2150** **Chicago, IL 60603** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Contract #5211** | |
|---|---|---|---|
| | State the term remaining | **22 months** | |
| | List the contract number of any government contract | | **Fred's Farm Supply** **7575 County Road 64** **Edgeley, ND 58433** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Contract** | |
|---|---|---|---|
| | State the term remaining | **11 months** | |
| | List the contract number of any government contract | | **Fred's Farm Supply** **7575 County Road 64** **Edgeley, ND 58433** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Cash Lease of Form Land, Buildings and Equipment** | |
|---|---|---|---|
| | State the term remaining | **32 months** | **Kenneth Birchem** |
| | List the contract number of any government contract | | **George Birchem** **17235 101st Street SE** **Hankinson, ND 58041** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Cash Lease of Farm Land, Buildings and Equipment** | |
|---|---|---|---|
| | State the term remaining | **32 months** | **Kraig Birchem** |
| | List the contract number of any government contract | | **George Birchem** **17235 101st Street SE** **Hankinson, ND 58041** |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest **Farm Lease - Cash Rent** | |
| State the term remaining **10 months** | **Larry L. Eckhart** |
| List the contract number of any government contract | **P.O. Box 1438** **Fort Mc Coy, FL 32134** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest **Farm Lease - Cash Rent** | |
| State the term remaining **10 months** | **Linda R. Ohrt Revocable Trust** **8500 East Southern Ave.** |
| List the contract number of any government contract | **Lot 382** **Mesa, AZ 85209-3605** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest **2025-2027 Farmland Lease Agreement** | |
| State the term remaining **20 months** | **Louise M. Dilly** |
| List the contract number of any government contract | **1660 Kingwood Drive** **Manhattan, KS 66502** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest **Finance/Capital Lease Agreement for 2021 Alum Iminator Trailer, VIN: 1V9SV4222MB150539** | |
| State the term remaining **58 months** | **LSI Equipment Leasing** |
| List the contract number of any government contract | **2701 Grand Avenue** **Galesburg, IL 61401** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest **2022 John Deere 600R Spreader, Serial No. 1N00600RXLN0220607** | |
| State the term remaining **50 months** | **LSI Equipment Leasing** |
| List the contract number of any government contract | **2701 Grand Avenue** **Galesburg, IL 61401** |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Deed** | |
|---|---|---|---|
| | State the term remaining | **13 months** | |
| | List the contract number of any government contract | | **Sunflour Railroad**<br>**3400 E 56th**<br>**Commerce City, CO 80022** |

Debtor name     **Raguse Family Partnership**

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David Raguse** | **6867 740th Street Wheaton, MN 56296** | **JPMorgan Chase Bank NA** | ■ D __**2.17**__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **David Raguse** | **6867 740th Street Wheaton, MN 56296** | **Cornerstone Bank** | ■ D __**2.14**__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **David Raguse** | **6867 740th Street Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.7**__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **David Raguse** | **6867 740th Street Wheaton, MN 56296** | **SBA** | ■ D __**2.20**__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **David Raguse** | **6867 740th Street Wheaton, MN 56296** | **Ascentium Capital** | ■ D __**2.2**__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Ascentium Capital** | ■ D __**2.3**__<br>□ E/F _____<br>□ G _____ |
| 2.7 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CapFirst Equipment Finance, In** | ■ D __**2.6**__<br>□ E/F _____<br>□ G _____ |
| 2.8 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.12**__<br>□ E/F _____<br>□ G _____ |
| 2.9 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.11**__<br>□ E/F _____<br>□ G _____ |
| 2.10 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.13**__<br>□ E/F _____<br>□ G _____ |
| 2.11 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Cargill** | □ D _____<br>■ E/F __**3.13**__<br>□ G _____ |
| 2.12 | **R.A.G. Holdings, LLC** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Lazarus Capital** | ■ D __**2.18**__<br>□ E/F _____<br>□ G _____ |
| 2.13 | **R.A.G. Holdings, LLC** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Avanza Capital** | ■ D __**2.5**__<br>□ E/F _____<br>□ G _____ |

| | Additional Page to List More Codebtors |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.14 | **R.A.G. Holdings, LLC** | **6867 740th Street Wheaton, MN 56296** | **Cornerstone Bank** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Red Rock Cattle, LLC** | **6867 740th Street Wheaton, MN 56296** | **Rain and Hail/Choice Insurance** | ☐ D _____ ■ E/F __3.50__ ☐ G _____ |
| 2.16 | **Red Rock Cattle, LLC** | **6867 740th Street Wheaton, MN 56296** | **Vermeer Credit** | ■ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Red Rock Cattle, LLC** | **6867 740th Street Wheaton, MN 56296** | **Cornerstone Bank** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Susan Raguse** | **6867 740th Street Wheaton, MN 56296** | **Cornerstone Bank** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.19 | **Susan Raguse** | **6867 740th Street Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.20 | **Susan Raguse** | **6867 740th Street Wheaton, MN 56296** | **SBA** | ■ D __2.20__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Susan Raguse** | **6867 740th Street Wheaton, MN 56296** | **Ascentium Capital** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Susan Raguse** | 6867 740th Street<br>Wheaton, MN 56296 | **CapFirst Equipment Finance, In** | ☑ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Susan Raguse** | 6867 740th Street<br>Wheaton, MN 56296 | **CNH Capital-Productivity Plus** | ☑ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Susan Raguse** | 6867 740th Street<br>Wheaton, MN 56296 | **CNH Capital-Productivity Plus** | ☑ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Susan Raguse** | 6867 740th Street<br>Wheaton, MN 56296 | **CNH Capital-Productivity Plus** | ☑ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Susan Raguse** | 6867 740th Street<br>Wheaton, MN 56296 | **Cargill** | ☐ D _____<br>☑ E/F ___3.13___<br>☐ G _____ |
| 2.27 | **Tru Ag, LLC** | 6867 740th Street<br>Wheaton, MN 56296 | **Simplot** | ☐ D _____<br>☑ E/F ___3.55___<br>☐ G _____ |
| 2.28 | **Tru Ag, LLC** | 6867 740th Street<br>Wheaton, MN 56296 | **Parkland USA Corp** | ☐ D _____<br>☑ E/F ___3.46___<br>☐ G _____ |
| 2.29 | **Truman Raguse** | 6867 740th Street<br>Wheaton, MN 56296 | **Cornerstone Bank** | ☑ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.31  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **SBA** | ■ D __**2.20**__<br>☐ E/F _____<br>☐ G _____ |
| 2.32  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Vermeer Credit** | ■ D __**2.22**__<br>☐ E/F _____<br>☐ G _____ |
| 2.33  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Ascentium Capital** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.34  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Ascentium Capital** | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |
| 2.35  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CapFirst Equipment Finance, In** | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.36  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.12**__<br>☐ E/F _____<br>☐ G _____ |
| 2.37  **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ■ D __**2.11**__<br>☐ E/F _____<br>☐ G _____ |

| | | | |
|---|---|---|---|
| ▪ **Additional Page to List More Codebtors** | | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.38 | **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH**<br>**Capital-Productivity**<br>**Plus** | ▪ D __**2.13**__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Cargill** | ☐ D _____<br>▪ E/F __**3.13**__<br>☐ G _____ |
| 2.40 | **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Old Second National**<br>**Bank** | ▪ D __**2.19**__<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Sherven's Grain &**<br>**Livestock** | ☐ D _____<br>▪ E/F __**3.54**__<br>☐ G _____ |
| 2.42 | **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Innovative Sales**<br>**Solutions** | ☐ D _____<br>▪ E/F __**3.29**__<br>☐ G _____ |
| 2.43 | **Truman Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Kevin Raguse** | ☐ D _____<br>▪ E/F __**3.34**__<br>☐ G _____ |
| 2.44 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **LSI Equipment**<br>**Leasing** | ☐ D _____<br>☐ E/F _____<br>▪ G __**2.18**__ |
| 2.45 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **LSI Equipment**<br>**Leasing** | ☐ D _____<br>☐ E/F _____<br>▪ G __**2.19**__ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.46 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CapFirst Equipment Finance, In** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
|---|---|---|---|---|
| 2.47 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |
| 2.48 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Fred's Farm Supply** | ☐ D _____<br>☐ E/F _____<br>■ G __2.11__ |
| 2.49 | **David Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **Fred's Farm Supply** | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.50 | **Susan Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **LSI Equipment Leasing** | ☐ D _____<br>☐ E/F _____<br>■ G __2.18__ |
| 2.51 | **Susan Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **LSI Equipment Leasing** | ☐ D _____<br>☐ E/F _____<br>■ G __2.19__ |
| 2.52 | **Susan Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CapFirst Equipment Finance, In** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.53 | **Susan Raguse** | **6867 740th Street**<br>**Wheaton, MN 56296** | **CNH Capital-Productivity Plus** | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | **Susan Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **Fred's Farm Supply** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.11**__ |
| 2.55 | **Susan Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **Fred's Farm Supply** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.12**__ |
| 2.56 | **Truman Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **LSI Equipment** <br> **Leasing** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.18**__ |
| 2.57 | **Truman Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **LSI Equipment** <br> **Leasing** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.19**__ |
| 2.58 | **Truman Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **CapFirst Equipment** <br> **Finance, In** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.6**__ |
| 2.59 | **Truman Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **CNH** <br> **Capital-Productivity** <br> **Plus** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.8**__ |
| 2.60 | **Truman Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **Fred's Farm Supply** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.11**__ |
| 2.61 | **Truman Raguse** | **6867 740th Street** <br> **Wheaton, MN 56296** | **Fred's Farm Supply** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.12**__ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

Debtor name    **Raguse Family Partnership**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$724,403.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other _____ | **$9,932,964.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$8,115,108.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **LSI Equipment Leasing 2701 Grand Avenue Galesburg, IL 61401** | **2022 John Deere 600R Spreader with Salford Air Boom Spreader. Serial# 1N0600RXLN0220607** | **5/12/2026** | **$375,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Cornerstone Bank 2280 45th Street South Fargo, ND 58104** | **Setoff for January farmland payment** Last 4 digits of account number: __6053__ | **2/12/2026** | **$30,221.26** |
| **Cornerstone Bank 2280 45th Street South Fargo, ND 58104** | **Setoff - February farmland payment** Last 4 digits of account number: __6053__ | **3/2/2026** | **$30,306.28** |
| **Cornerstone Bank 2280 45th Street South Fargo, ND 58104** | **Setoff - loan ending is 6866** Last 4 digits of account number: __6053__ | **3/2/2026** | **$258,764.72** |
| **Cornerstone Bank 2280 45th Street South Fargo, ND 58104** | **Setoff - loan 6866** Last 4 digits of account number: __6053__ | **3/3/2026** | **$107,414.86** |
| **Cornerstone Bank 2280 45th Street South Fargo, ND 58104** | **Setoff - loan 8203** Last 4 digits of account number: __6053__ | **3/3/2026** | **$152,341.11** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **CNH Industrial Capital America LLC v. Raguse Family Partnership,e t al.**<br>**78-CV-26-55** | **Contract** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Cornerstone Bank vs Raguse Family Partnership, David Raguse, Susan Raguse, Truman Raguse, Amrize Midwest, Inc.**<br>**78-CV-26-23** | **Contract** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.    **Simplot AB Retail, Inc. , d/b/a Simplot Grower Solutions vs Tru Ag LLC, Raguse Family Partnership, Truman Raguse, David Raguse, Susan Raguse**<br>**78-CV-25-132** | **Contract** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.    **Sunflour Railroad, Inc. v. Raguse Family Partnership, Truman Raguse, David Raguse and Susan Raguse**<br>**2026CV30493** | **Civil** | **Adams County District Court**<br>**1100 Judicial Center Drive**<br>**Brighton, CO 80601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.    **Deutsche Leasing USA, Inc. v. Raguse Family Partnership, Truman Raguse, David Raguse and Susan Raguse**<br>**26-cv-1642** | **Civil** | **United States Northern District of IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.    **Advance Servicing Inc. v. Raguse Family Partnership, Truman Dean Raguse and David Dean Raguse**<br>**E2026001787** | **Civil** | **Monroe County, Supreme Court of NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.    **Cargill, Incorporated v. Raguse Family Partnership, David Raguse, Susan Raguse and Truman Raguse**<br>**78-CV-26-74** | **Confession of Judgment** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

---

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bell Bank**<br>**717 2nd Ave N**<br>**Wahpeton, ND 58075** | **XXXX-5137** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 24, 2025** | **$2,072.06** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Campbell Elevator**<br>**700 Pacific Avenue**<br>**Campbell, MN 56522** | **R.A.G. Holdings, LLC**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | **Grain** | ☐ No<br>■ Yes |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **New Effington Elevator 218 Elevator Street New Effington, SD 57255** | **Raguse Family Partnership 6867 740th Street Wheaton, MN 56296**<br><br>**Truman Raguse 6867 740th Street Wheaton, MN 56296**<br><br>**David Raguse 6867 740th Street Wheaton, MN 56296** | **Grain** | ☐ No ■ Yes |
| **MinnDak Cooperative 7525 Red River Road West Wahpeton, ND 58075** | **MinnDak Cooperative 7525 Red River Road West Wahpeton, ND 58075** | **Sugar beet crop** | ☐ No ■ Yes |

---

### Part 11:　Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:　Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

　　■　No.
　　☐　Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

　　■　No.
　　☐　Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

　　■　No.
　　☐　Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Tim Schmitz**<br>**7455 20th Street South**<br>**Fargo, ND 58104** | **2019-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Tim Schmitz**<br>**7455 20th Street South**<br>**Fargo, ND 58104** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Cornerstone Bank**<br>**2280 45th Street South**<br>**Fargo, ND 58104** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Raguse** | **6867 740th Street Wheaton, MN 56296** | **General Partner** | **42** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Truman Raguse** | **6867 740th Street Wheaton, MN 56296** | **General Partner** | **33** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Susan Raguse** | **6867 740th Street Wheaton, MN 56296** | **General Partner** | **25** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Raguse 6867 740th Street Wheaton, MN 56296** | **94,000** | **May 12, 2025-May 12, 2026** | **Salary** |
| | **Relationship to debtor Partner** | | | |
| 30.2. | **Truman Raguse 6867 740th Street Wheaton, MN 56296** | **78,000** | **May 12, 2025-May 12, 2026** | **Salary** |
| | **Relationship to debtor Partner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Raguse Family Partnership**                    Case number *(if known)* _____

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2026**

**/s/ Truman Raguse**                              **Truman Raguse**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
## District of Minnesota

In re **Raguse Family Partnership**                    Case No. _____

                                        Debtor(s)        Chapter    **11**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ...........................    $ **See Application to Employ**
Prior to the filing of this statement I have received    ..............    $ **See Application to Employ**
Balance Due    ........................................................................    $ **See Application to Employ**

2.    The source of the compensation paid to me was:
    ■    Debtor                        ☐    Other (specify)

3.    The source of the compensation to be paid to me is:
    ■    Debtor                        ☐    Other (specify)

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

    **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    **d.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

      I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: __**May 14, 2026**_____

Signature of Attorney
**/s/ James Jorissen**
_____
**James Jorissen 262833**

# United States Bankruptcy Court
### District of Minnesota

In re  **Raguse Family Partnership**                                    Case No. _____
                          Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | | **42%** | **Partnership Interest** |
| **Susan Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | | **25%** | **Partnership Interest** |
| **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | | **33%** | **Partnership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 14, 2026** _____        Signature  **/s/ Truman Raguse** _____
                                                              **Truman Raguse**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Minnesota

In re **Raguse Family Partnership**        Case No. _____

Debtor(s)      Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **May 14, 2026**          **/s/ Truman Raguse**

                                           **Truman Raguse**/**Partner**

                                           Signer/Title