UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Raguse Family Partnership,

Debtors

Lead Case No. 26-60308, et al

(Jointly Administered)

---

**ORDER FOR ALLOWANCE OF POST-PETITION RETAINER**

This case is before the Court on the Motion of Sapientia Law Group, for Debtor's payment of a post-petition retainer in the amount of $10,000 pursuant to Section 327, 330 and 331 of the United States Bankruptcy Code. See Case No. 26-60312, Dkt. No. 27; Case No. 26-60313, Dkt. No. 30. Based upon on application and the files,

IT IS ORDERED:

1. Sapientia Law Group is granted a $10,000 post-petition retainer.

2. The Debtor is authorized to pay Sapientia Law Group the total amount awarded by this Order consistent with the final post petition lending order.

3. The retainer shall be held by Sapientia in trust pursuant to 11 USC §§ 327, 330 and 331 and subject to further order of the Court.

Dated: *June 24, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge