**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re

Raguse Family Partnership, *et al.*,[1]

Debtors.

Lead Case No. 26-60308-WJF, *et al.*
(Jointly Administered Chapter 11)

# AMENDED APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY FOR DEBTORS

Truman Raguse, Debtor in Bky File No. 26-60313 and David and Susan Raguse, Debtors in Bky File No. 26-60312 (together "Debtors"), hereby make this amended application to this court for its order as follows:

1. The Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), on May 14, 2026 (the "Filing Date"), and are currently operating as Debtors-in-possession.

2. Pursuant to Section 327(a) of the Bankruptcy doe, the Debtors wish to employ Kenneth Edstrom, Esq. and Sapientia Law Group ("Sapientia"), 120 South Sixth Street, Suite 100, Minneapolis, Minnesota 55402, as attorneys for the Debtors, for the purpose of rendering professional services to the Debtors in all matters relating to or which will arise out of and in the course of the administration of the Debtors' estates and for the benefit of such estate.

3. Sapientia began working with the Raguse family on May 19, 2026 in anticipation of substituting in as counsel for the two individual Chapter 11 cases

[1] The Debtors in this jointly administered chapter 11 case are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David Raguse and Susan Raguse (26-60312), and Truman Raguse (26-60313).

4. The entity bankruptcies, Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), were ordered jointly administered through the Court's order of May 19, 2026 in designating Raguse Family Partnership (26-60308) as the lead case in those entity Chapter 11s [ECF 40]. The two individual Chapter 11s were added to that joint administration through an order issued on June 10, 2026 (appearing on the docket as a minute order in 26-60308).

5. On May 28, 2026, prior to the time that the individual cases were ordered jointly administered with the entity cases, a substitution of counsel in Truman Raguse's bankruptcy was filed naming Sapientia as proposed Debtor's counsel [ECF 27]. In addition, an Application Authorizing Appointment as Attorney for Debtors in 26-60313 was filed on May 29, 2026 [ECF 29]. Finally, a Motion for a Pre-Petition Retainer was filed in 26-30313 on June 2, 2026 as ECF 30.

6. Contemporaneously, a substitution of counsel in David and Susan Raguse's bankruptcy (26-60312) was filed naming Sapientia as proposed Debtor's counsel [ECF 24]. The Application Authorizing Appointment as Attorney for Debtors in 26-60312 was filed on May 29, 2026 [ECF 26]. The Motion for a Pre-Petition Retainer was filed in 26-30312 on June 2, 2026 as ECF 27. In both cases the US Trustee approved of the applications.

7. The motion for Pre-Petition Retainer was heard on June 24, 2026 and was granted through an order entered in the lead case, 26-60308 as ECF 113. However, the Court has not yet officially approved the Applications of Sapientia Law Group to be counsel for David and Susan Raguse and Truman Raguse.

8. The Clerk of Court has directed the Debtors to file this Amended Application in the Lead Case.

9. The services of said attorneys are necessary to represent the Debtors in all legal matters arising during the control of Debtors' assets, the determination of claims, negotiations with creditors and third parties, the preparation and formation of a plan to be presented to the creditors, and such other services as are necessary for the exercise of any and all rights available to the Debtors.

10. The Debtors have selected Kenneth Edstrom and Sapientia to act as their attorneys because they are attorneys experienced in legal matters of this nature. Sapientia does not hold or represent an adverse interest in the Debtors and is a "disinterested person" as required by law.

11. Said attorneys have agreed to perform services on an hourly fee plus costs basis.

12. Fees and costs shall be subject to court review and approval. Applicant requests that interim applications for payment of such compensation be allowed to be made to the bankruptcy court not more than once every 30 days, unless otherwise ordered by the Court. The Debtor agrees to this procedure. Sapientia will calculate its fees for professional services in accordance with standard hourly rates for these services (as such rates are subject to normal adjustment from time to time for inflation and other factors). Such rates are set forth in the Declaration of Kenneth C. Edstrom dated May on file with the Court in case 26-60312 and 26-60313 as part of the original applications.

13. The Debtors therefore request an order approving Sapientia Law Group as its attorneys under the terms and conditions set forth herein.

| | |
|---|---|
| Dated: June 25, 2026 | /s/ *Truman Raguse*<br>Truman Raguse |
| Dated: June 25, 2026 | /s/ *David Raguse*<br>David Raguse |

Dated: June 25, 2026 /s/ *Susan Raguse*
Susan Raguse