UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Minnesota

Minnesota

| | | |
|---|---|---|
| In Re. Raguse Family Partnership | § | Case No. 26-60308 |
| | § | |
| | § | Lead Case No. 26-60308 |
| Debtor(s) | § | |

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026        Petition Date: 05/14/2026

Months Pending: 1        Industry Classification: 1 1 1 1

Reporting Method:      Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current):      19

Debtor's Full-Time Employees (as of date of order for relief):      19

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒      Statement of cash receipts and disbursements
☒      Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒      Statement of operations (profit or loss statement)
☐      Accounts receivable aging
☐      Postpetition liabilities aging
☐      Statement of capital assets
☐      Schedule of payments to professionals
☒      Schedule of payments to insiders
☒      All bank statements and bank reconciliations for the reporting period
☐      Description of the assets sold or transferred and the terms of the sale or transfer

s/Truman Raguse
Signature of Responsible Party

06/30/2026
Date

Truman Raguse
Printed Name of Responsible Party

6867 740th Street Wheaton, MN 56296
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Raguse Family Partnership          Case No. 26-60308

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $5,000,000 | $5,000,000 |
| c. Total disbursements (net of transfers between accounts) | $2,698,783 | $2,698,783 |
| d. Cash balance end of month (a+b-c) | $2,301,217 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,698,783 | $2,698,783 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ◉ Market ○ Other ○ (attach explanation)) | $2,418,750 |
| d Total current assets | $4,626,463 |
| e. Total assets | $23,150,068 |
| f. Postpetition payables (excluding taxes) | $5,000,000 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,000,000 |
| k. Prepetition secured debt | $27,618,867 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $3,494,488 |
| n. Total liabilities (debt) (j+k+l+m) | $36,113,355 |
| o. Ending equity/net worth (e-n) | $-12,963,287 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $2,325,684 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $256,250 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-2,581,934 | $-2,581,934 |

UST Form 11-MOR (12/01/2021)          2

Debtor's Name  Raguse Family Partnership          Case No.  26-60308

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Taft Stettinius & Hollister LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Lakeshore Food Advisors, LLC | Financial Professional | $0 | $0 | $0 | $0 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Raguse Family Partnership                                    Case No.  26-60308

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $3,127 | $3,127 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○    No ◉

b.   Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ○    No ◉

c.   Were any payments made to or on behalf of insiders?     Yes ◉    No ○

d.   Are you current on postpetition tax return filings?     Yes ◉    No ○

e.   Are you current on postpetition estimated tax payments?     Yes ◉    No ○

f.   Were all trust fund taxes remitted on a current basis?     Yes ◉    No ○

g.   Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ○    No ◉

h.   Were all payments made to or on behalf of professionals approved by
the court?     Yes ○    No ○    N/A ◉

i.   Do you have:          Worker's compensation insurance?     Yes ◉    No ○

                     If yes, are your premiums current?     Yes ○    No ◉    N/A ○    (if no, see Instructions)

               Casualty/property insurance?     Yes ◉    No ○

                     If yes, are your premiums current?     Yes ○    No ◉    N/A ○    (if no, see Instructions)

               General liability insurance?     Yes ◉    No ○

                     If yes, are your premiums current?     Yes ○    No ◉    N/A ○    (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?     Yes ○    No ◉

k.   Has a disclosure statement been filed with the court?     Yes ◉    No ○

l.   Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ◉    No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ○   No ⦿

m. If yes, have you made all Domestic Support Obligation payments?     Yes ○   No ○   N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

s/Truman Raguse
_____
Signature of Responsible Party

CEO
_____
Title

Truman Raguse
_____
Printed Name of Responsible Party

06/30/2026
_____
Date

Debtor's Name Raguse Family Partnership

Case No. 26-60308



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Raguse Family Partnership

Case No. 26-60308



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100



PageThree



PageFour

Note –the debtors are investigating the intercompany account and the values associated with the account may need to be reallocated.

| Date | Week | Vendor / Customer name | Description / Notes | Category (e.g., seed, fertilizer, fuel, feed, labor, utilities, machinery repair, land rent, loan payment, insurance, crop sales, livestock sales, other income) | Account (bank account, operating line, credit card, cash) | Amount |
|---|---|---|---|---|---|---|
| 5.20.2026 | 1 | East West Bank | DIP | Lender | RFP | 5,000,000.00 |
| 5.20.2026 | 1 | Kanja Steffens | Payroll | Labor | RFP | (230.77) |
| 5.20.2026 | 1 | Mondre Louw | Payroll | Labor | RFP | (1,642.26) |
| 5.20.2026 | 1 | Brady Moore | Payroll | Labor | RFP | (1,938.97) |
| 5.20.2026 | 1 | Timothy Schmidt | Payroll | Labor | RFP | (2,000.00) |
| 5.20.2026 | 1 | Willem A Van Der Westhuizen | Payroll | Labor | RFP | (2,283.49) |
| 5.20.2026 | 1 | Terence Kettlewell | Payroll | Labor | RFP | (2,410.68) |
| 5.20.2026 | 1 | Ulrich D Waldeck | Payroll | Labor | RFP | (2,420.22) |
| 5.20.2026 | 1 | Igmar Marks | Payroll | Labor | RFP | (2,523.75) |
| 5.20.2026 | 1 | Cornelius Steffens | Payroll | Labor | RFP | (2,722.07) |
| 5.20.2026 | 1 | Robert Berg | Payroll | Labor | RFP | (2,784.41) |
| 5.20.2026 | 1 | Ryan Adams | Payroll | Labor | RFP | (2,946.20) |
| 5.20.2026 | 1 | Douglas D DeSmet | Payroll | Labor | RFP | (3,000.00) |
| 5.20.2026 | 1 | Eli Pachel | Rent | Landlords | RFP | (3,037.50) |
| 5.20.2026 | 1 | Tim Berg | Payroll | Labor | RFP | (3,437.67) |
| 5.20.2026 | 1 | David Raguse | Payroll | Labor | RFP | (4,000.00) |
| 5.20.2026 | 1 | Trisha Reinke | Payroll | Labor | RFP | (4,123.13) |
| 5.20.2026 | 1 | Dricus Waldeck | Payroll | Labor | RFP | (4,632.09) |
| 5.20.2026 | 1 | Lourens De Koker | Payroll | Labor | RFP | (4,720.47) |
| 5.20.2026 | 1 | RDO Equipment Co. | Repairs | Other Operating Expense Vendors | RFP | (6,800.00) |
| 5.20.2026 | 1 | Moore Brothers | Rent | Landlords | RFP | (15,412.50) |
| 5.20.2026 | 1 | Tim Moore | Rent | Landlords | RFP | (20,250.00) |
| 5.20.2026 | 1 | Moore Land Holding | Rent | Landlords | RFP | (23,485.50) |
| 5.20.2026 | 1 | Linda R Ohrt | Rent | Landlords | RFP | (38,016.00) |
| 5.20.2026 | 1 | Austin Reinke | Fuel | Other Operating Expense Vendors | RFP | (40,000.00) |
| 5.20.2026 | 1 | Koch Fertilizer | Fertilizer | Crop Input | RFP | (63,000.00) |
| 5.20.2026 | 1 | Rick Prochnow | Rent | Landlords | RFP | (64,836.00) |
| 5.20.2026 | 1 | EWB Commitment | DIP Commitment | Lender | RFP | (100,000.00) |
| 5.20.2026 | 1 | Michael Prochnow | Rent | Landlords | RFP | (111,888.85) |
| 5.20.2026 | 1 | Jabco, LLC | Chemical | Crop Input | RFP | (120,346.00) |
| 5.20.2026 | 1 | Norton Rose Legal Fees | Lender Fees | Lender - Legal | RFP | (156,250.00) |
| 5.20.2026 | 1 | Ronald Prochnow | Rent | Landlords | RFP | (212,880.25) |
| 5.20.2026 | 1 | Latham | Seed | Crop Input | RFP | (500,000.00) |
| 5.20.2026 | 1 | 1946 Legacy Farms, LLP | Rent | Landlords | RFP | (523,251.00) |
| 5.21.2026 | 1 | Petro Serve USA | Fuel | Other Operating Expense Vendors | RFP | (29,296.00) |
| 5.22.2026 | 1 | Kanja Steffens | Payroll | Labor | RFP | (923.08) |
| 5.22.2026 | 1 | Kristi Raguse - TRUMAN PAYroll | Payroll | Labor | RFP | (3,000.00) |
| 5.22.2026 | 1 | David Raguse | Payroll | Labor | RFP | (12,682.62) |
| 5.22.2026 | 1 | Tori Bredvik | Rent | Landlords | RFP | (13,453.75) |
| 5.22.2026 | 1 | Douglas Desmet | Payroll | Labor | RFP | (15,000.00) |
| 5.22.2026 | 1 | Kristi Raguse | Payroll | Labor | RFP | (17,500.00) |
| 5.22.2026 | 1 | Trisha Reinke | Payroll | Labor | RFP | (17,500.00) |
| 5.22.2026 | 1 | Petro Serve USA | Fuel | Other Operating Expense Vendors | RFP | (30,056.80) |
| 5.22.2026 | 1 | Minn-kota Ag Products | Chemical | Crop Input | RFP | (43,198.12) |
| 5.22.2026 | 1 | Corey Dawson | Fertilizer | Crop Input | RFP | (383,460.00) |
| 5.27.2026 | 2 | Minn-kota Ag Products | Chemical | Crop Input | RFP | (6,836.86) |
| 5.28.2026 | 2 | Bruce & Wendy Moore | Rent | Landlords | RFP | (6,468.75) |
| 5.28.2026 | 2 | Minn-kota Ag Products | Chemical | Crop Input | RFP | (23,557.59) |
| 5.28.2026 | 2 | Payroll | Payroll | Labor | RFP | (48,579.76) |

# Raguse Family Partnership
Balance Sheet
As of May 31, 2026

| | Total |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| East West 3147 | 2,301,216.89 |
| **Total for Bank Accounts** | **$2,301,216.89** |
| Other Current Assets | |
| 1110 Advances | -93,504.28 |
| 1111 Stored Grain 645k bu | 2,418,750.00 |
| **Total for Other Current Assets** | **$2,325,245.72** |
| **Total for Current Assets** | **$4,626,462.61** |
| Fixed Assets | |
| 1160 Machinery and Equipment | 8,389,199.34 |
| 1161 Former DST Grain | 75,000.00 |
| 1180 Accumulated Depreciation | -8,358,682.00 |
| **Total for Fixed Assets** | **$105,517.34** |
| Other Assets | |
| Blue House Land | 40,000.00 |
| MinnDak Beet Stock | 810,546.00 |
| MinnDak Unit Retains | 581,318.38 |
| N/R Raguse Intercompany | 16,945,989.16 |
| Wheaton Dumont Capital Credits | 40,234.25 |
| **Total for Other Assets** | **$18,418,087.79** |
| **Total for Assets** | **$23,150,067.74** |
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 2010 Federal and FICA Payable | 303,956.48 |
| 2040 State Withholding Payable | 2,943.67 |
| 2050 Unemployment Payable | 82.19 |
| Deferred Grain and Payments Revenue 645k bu | 2,418,750.00 |
| MN PFL Payable | 250.21 |
| N/P Channel Seed | 768,505.15 |

Cash Basis  Wednesday, June 17, 2026 05:50 PM GMT-05:00

# Raguse Family Partnership
Balance Sheet
As of May 31, 2026

|  | Total |
|---|---|
| **Total for Other Current Liabilities** | **$3,494,487.70** |
| **Total for Current Liabilities** | **$3,494,487.70** |
| Long-term Liabilities | |
| 1295 SBA EIDL Loan | 1,891,170.69 |
| Ally - Trumans PU | 70,503.78 |
| Arsenal | 125,585.68 |
| Bell *8509 | 16,696.93 |
| Chase 21 GMC Sierra 250 | 22,650.90 |
| Cornerstone 8196 | 1,000,000.00 |
| Cornerstone 8203 | 210,625.06 |
| Cornerstone AG Blanket RLOC 6845 | 6,000,000.00 |
| Cornerstone RE Term Loan 6852 | 2,368,556.68 |
| Cornerstone Term Loan 6866 | -6,179.58 |
| N/P Alpine Advance | 31,208.48 |
| N/P Avanza Capital | 389,500.00 |
| N/P CNH - all loans | 5,565,479.53 |
| N/P East West 3391 | 5,000,000.00 |
| N/P Epic Advance | 48,000.00 |
| N/P Fred's Farm Supply | 334,797.76 |
| N/P Lazarus Capital | 425,784.00 |
| N/P MerAdv | 18,515.16 |
| N/P Monetafi Weekly | 88,657.26 |
| N/P Phantom Advance | 10,450.00 |
| N/P Premium Standard Harvesting | 3,000.00 |
| N/P Red Rock Cattle | 65,000.00 |
| N/P Trisha Reinke | 388,733.28 |
| RRSB *41114-Land Note | 3,336,034.50 |
| RRSB *41130 ME and semi | 308,494.29 |
| RRSB *51412 Land and chattel | 997,012.49 |
| RRSB *51419 bin site | 503,023.87 |
| **Total for Long-term Liabilities** | **$29,213,300.76** |
| **Total for Liabilities** | **$32,707,788.46** |

Cash Basis  Wednesday, June 17, 2026 05:50 PM GMT-05:00

# Raguse Family Partnership
## Balance Sheet
### As of May 31, 2026

| | Total |
|---|---|
| Equity | |
| 3040 Owner's Draw - David | -40,000.00 |
| Owner's Draw - Truman | -30,000.00 |
| Partner's Contribution - Truman | 3,342.27 |
| Retained Earnings | -7,098,465.41 |
| Net Income | -2,392,597.58 |
| **Total for Equity** | **-$9,557,720.72** |
| **Total for Liabilities and Equity** | **$23,150,067.74** |

**Note**

These financial statements have not been audited, reviewed, or compiled.
No assurance is provided on these financial statements.

Cash Basis  Wednesday, June 17, 2026 05:50 PM GMT-05:00

# Raguse Family Partnership

Profit and Loss - Tax Basis

May 14-31, 2026

| | Total |
|---|---|
| **Income** | |
| **Gross Profit** | |
| **Expenses** | |
| 6020 Chemicals | 193,938.57 |
| 6040 Custom Hire | 3,000.00 |
| 6060 Employee Benefits | -131.89 |
| 6080 Fertilizer | 446,460.00 |
| 6100 Gasoline and Oil | 99,352.80 |
| 6115 Insurance | 28.25 |
| 6130 Labor | 36,429.27 |
| 6140 Payroll Taxes | 1,309.06 |
| 6161 Rent-Vehicle and Equipment | -500.00 |
| 6162 Rent-Land | 1,032,980.10 |
| 6170 Repairs and Maintenance | 10,818.26 |
| 6180 Seed | 500,000.00 |
| 6241 Bank Service Charges | 256,250.00 |
| 6246 Professional Fees | 2,000.00 |
| **Total for Expenses** | **$2,581,934.42** |
| **Net Operating Income** | **-$2,581,934.42** |
| **Net Income** | **-$2,581,934.42** |

**Note**

These financial statements have not been audited, reviewed, or compiled.
No assurance is provided on these financial statements.

| Date | Week | Vendor / Customer name | Description / Notes | Category (e.g., seed, fertilizer, fuel, feed, labor, utilities, machinery repair, land rent, loan payment, insurance, crop sales, livestock sales, other income) | Account (bank account, operating line, credit card, cash) | Amount |
|---|---|---|---|---|---|---|
| 5.20.2026 | 1 | David Raguse | Payroll | Labor | RFP | (4,000.00) |
| 5.22.2026 | 1 | Truman Raguse | Payroll | Labor | RFP | (3,000.00) |
| 5.22.2026 | 1 | David Raguse | Payroll | Labor | RFP | (12,682.62) |
| 5.22.2026 | 1 | Truman Raguse | Payroll | Labor | RFP | (17,500.00) |

# EASTWEST BANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: May 21, 2026
ENDING DATE: May 31, 2026
Total days in statement period: 11
80-03403147
( 0 )

RAGUSE FAMILY PARTNERSHIP
6867 740TH ST
WHEATON MN  56296-0000

Switch to e-statements via our Mobile App or Online Banking for a paperless experience! You can access up to seven years of account history easily at your fingertips. Learn more by visiting eastwestbank.com/mobile or call 833.468.8356 for details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 80-03403147 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 1 ) | 2,379,822.99 |
| Average balance | $836,806.14 | Total subtractions ( 3 ) | 78,606.10 |
| | | Ending balance | $2,301,216.89 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-28 | Onln Bkg Trft C | FR ACC 08003403964 | 2,379,822.99 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-28 | Outgoing Wire | ACD34BCP00003131 Bruce & Wendy Moor 291975355 /ROC/ACD34BCP00003 131 | 6,468.75 |
| 05-28 | Preauth Debit | RAGUSE FAMILY P ACH 260528 | 23,557.59 |
| 05-28 | Preauth Debit | RAGUSE FAMILY P DD 260528 | 48,579.76 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-28 | 2,301,216.89 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

<h1 style="text-align:center">STATEMENT BALANCING</h1>

**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………........... $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total**………. $_____

**Sub Total** ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____
_____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…….….........................** $_____

**Balance**………...................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)