In re:                                                    Bky No. 26-60308-WJF
                                                                Chapter 11

Raguse Family Partnership,

                                Debtor.

---

## NOTICE OF HEARING AND MOTION FOR RELIEF FROM STAY

---

TO:     The debtor and other entities specified in Local Rule 9013-2.

1.      LSI Equipment Leasing, an assumed name of Leasing Specialists, Inc., an Illinois corporation ("LSI") moves the court for the relief requested below and gives notice of hearing.

2.      The Court will hold a hearing on this motion at **10:30 A.M. on Tuesday, August 4, 2026**.  The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov(link sends e-mail) or by telephone at 651-848-1061 to obtain the dial-in information.  Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3.      Any response to this motion must be filed and served not later than **Tuesday, July 28, 2026**, which is seven (7) days before the time set for the hearing (including Saturdays, Sundays and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.      This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1.  This proceeding is a core proceeding. The petition commencing this chapter 11 case was filed on May 14, 2026 (the "Date of Filing"). The case is now pending in this court.

5.      This motion arises under 11 U.S.C. § 362(a) and Fed. R. Bankr. P. 4001.  This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9013-1 through 9013-3.  LSI requests relief with respect to an Auluminator Belt Trailer (as defined hereafter) leased by Debtor Raguse Family Partnership ("Raguse Partnership" or "Debtor"), or alternatively owned by Debtor and subject to LSI's security interest, and requests a waiver of the 14-day stay of order pursuant to Fed. R. Bankr. P. 4001(a)(3).

6.      <u>Lease.</u>

        a.      LSI and Raguse Partnership entered into a Finance / Capital Lease Agreement dated August 13, 2025 (the "Lease").  A true and correct copy

4938-7991-7234.v1

of the Auluminator Belt Trailer Lease is attached hereto and made a part hereof as **Exhibit A.**

b. Pursuant to the Lease, Raguse Partnership agreed to lease from LSI a 2021 Auluminator Belt Trailer, model 4266542-42', serial number 1V9SV4222MB150539 (the "Auluminator Belt Trailer").

c. LSI holds the certificate of title to the Auluminator Belt Trailer (the "Title"). A true and correct copy of the Title is attached hereto and made a part hereof as **Exhibit B**.

d. Raguse Partnership defaulted under the terms of Lease by failing to make payments when due under the Lease.

e. As of March 24, 2026, Raguse Partnership was indebted to LSI under the Auluminator Belt Trailer Lease in the amount of $72,376.67 (the "Indebtedness"), exclusive of attorneys' fees, costs and expenses.

f. LSI believes the value of the Auluminator Belt Trailer is approximately $73,000.00.

7. LSI's security is depreciating in that Debtor may be continuing to utilize the Auluminator Belt Trailer, subjecting the same to wear, while failing to make payments. LSI does not have, and has not been offered, adequate protection of its interest in the Auluminator Belt Trailer. Debtor has nominal, if any, equity in the Auluminator Belt Trailer. It is Debtor's burden to demonstrate that the Auluminator Belt Trailer is necessary to an effective reorganization.

8. Debtor's failure to make payments required by the Lease or otherwise provide LSI with adequate protection of its interest in the Auluminator Belt Trailer constitutes cause, within the meaning of 11 U.S.C. § 362(d)(1), entitling LSI to relief from the stay.

9. If testimony is necessary as to any facts relevant to this motion, LSI reserves the right to call the following individuals to testify: (1) an officer or managing agent of Raguse Partnership; (2) Mitchell L. Westbay, President of LSI; and (3) any rebuttal witness LSI deems necessary.

WHEREFORE, LSI moves the court for an order modifying the automatic stay of 11 U.S.C. § 362(a) and requests a waiver of the 14-day stay of order pursuant to Federal Bankruptcy Rule 4001(a)(3) authorizing LSI to take possession of and foreclose its interest in the Auluminator Belt Trailer and for such other relief as may be just and equitable.

Dated this 21st day of July, 2026.

/s/ Michael S. Dove  
Michael S. Dove   #214310  
GISLASON & HUNTER LLP  
2700 South Broadway  
P. O. Box 458  
New Ulm, MN  56073-0458  
Phone:  507-354-3111  
Fax:  507-354-8447  
E-mail:  mdove@gislason.com  

*Attorneys for LSI Equipment Leasing*

4938-7991-7234.v1

VERIFICATION

STATE OF ILLINOIS     )
                         ) ss.
COUNTY OF KNOX     )

    I, Mitchell L. Westbay, the ___*President*___ of LSI Equipment Leasing, the movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: ___07/14___, 2026     _____

                                           Mitchell L. Westbay
                                           Address: 2701 Grand Ave.
                                           Galesburg, Illinois  61401

4
