In re:

| | |
|---|---|
| Raguse Family Partnership, | Lead Case No. 26-60308 – WJF |
| R.A.G. Holdings, LLC, | Case No. 26-60309 |
| Tru AG LLC, | Case No. 26-60311 |
| Red Rock Cattle LLC, and | Case No. 26-60310 |
| David Raguse and Susan Raguse, | Case No. 26-60312 |
| Truman Raguse, | Case No. 26-60313 |
| | **(Jointly Administered)** |

Debtors.                                                      Chapter 11

**CREDITOR CNH INDUSTRIAL CAPITAL AMERICA LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Creditor CNH Industrial Capital America LLC, by its undersigned counsel, states as follows:

1.     Does CNH Industrial Capital America LLC have a parent corporation and/or wholly owned subsidiary?

☒   Yes               ☐   No

If yes, the parent corporation and/or wholly owned subsidiary is:  CNH Industrial Capital America LLC is a wholly owned subsidiary of CNH Industrial Capital LLC, which is a wholly owned subsidiary of CNH Industrial America LLC, which is a wholly owned subsidiary of Case New Holland Industrial Inc., all of which are Delaware entities with their principal places of business in states other than Minnesota. The ultimate parent of the CNH group of companies is CNH Industrial N.V., a Dutch company listed on the New York Stock Exchange.

2.     Is 10% or more of the stock of CNH Industrial Capital America LLC owned by a publicly held corporation?

☒   Yes               ☐   No

If yes, identify all such owners:  CNH Industrial N.V., a Dutch company listed on the New York Stock Exchange.

1

**STINSON LLP**

Dated: July 23, 2026

_s/ Terri A. Running_

Benjamin J. Court (#0319016)
Terri A. Running (#238338)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1500
benjamin.court@stinson.com
terri.running@stinson.com

**COUNSEL FOR CNH INDUSTRIAL CAPITAL AMERICA LLC**

In re:

| | |
|---|---|
| Raguse Family Partnership, | Lead Case No. 26-60308 – WJF |
| R.A.G. Holdings, LLC, | Case No. 26-60309 |
| Tru AG LLC, | Case No. 26-60311 |
| Red Rock Cattle LLC, and | Case No. 26-60310 |
| David Raguse and Susan Raguse, | Case No. 26-60312 |
| Truman Raguse, | Case No. 26-60313 |
| | **(Jointly Administered)** |

Debtors.                                                                          Chapter 11

## CERTIFICATE OF SERVICE

I, Terri A. Running, declare under penalty of perjury, that on July 23, 2026, I caused the

foregoing document to be filed with the Clerk of Court through ECF (which constitutes service

pursuant to Local Rule 9006-1(a)) on all parties who have requested service through ECF.


Dated: July 23, 2026                         */s/ Terri A. Running*
                                                            Terri A. Running