**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Raguse Family Partnership, et al.[1]

Debtors.

Lead Case No. 26-60308, et al.
**(Jointly Administered)**

Chapter 11

---

# ORDER APPROVING EMPLOYMENT OF WEAVER AND TIDWELL, L.L.P AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

---

This case came before the Court on the Application for Order Authorizing and Approving Employment of Weaver and Tidwell, L.L.P. as Financial Advisor for the Official Committee of Unsecured Creditors of Raguse Family Partnership, et. al. Effective as of June 5, 2026 [Doc 168] (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee"), and the accompanying Declaration of Joe Cashel. Based on the record, including the Notice of US Trustee Report in favor of [168] Application to Employ Professional,

**IT IS ORDERED:**

1. Pursuant to 11 U.S.C. §§ 328(a) and 1103, Federal Rule of Bankruptcy Procedure 2014, and Local Rule 2014-1, the employment of Weaver and Tidwell L.L.P. as financial advisor to the Committee is approved effective July 6, 2026.

---

[1] The Debtors are Raguse Family Partnership (Case No. 26-60308), R.A.G. Holdings, LLC (Case No. 26-60309), Tru Ag LLC (Case No. 26-60311), and Red Rock Cattle, LLC (Case No. 26-60310), David and Susan Raguse (Case No. 26-60312), and Truman Raguse (Case No. 26-60313).

2. Compensation or reimbursement of expenses may be paid to Weaver and Tidwell L.L.P. only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise.

3. Weaver and Tidwell L.L.P. is authorized to file interim fee applications in 90-day intervals from and after the effective date of its retention.

**BY THE COURT:**

Dated: *September 1, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge