**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| RAGUSE FAMILY PARTNERSHIP, *et al.*[1]<br><br>Debtor. | Lead Case No. 26-60308, *et al.*<br>(Jointly Administered)<br><br>Hon. William J. Fisher Presiding |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) EXTENDING THE DEADLINE TO FILE A CHAPTER 11 PLAN AND (B) EXTENDING THE DEBTORS' EXCLUSIVITY PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121**

This matter came before the Court on the Notice of Hearing and Debtors' *Motion for Entry of an Order (A) Extending the Deadline to File a Chapter 11 Plan and (B) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121* (the "Motion") filed by Raguse Family Partnership, R.A.G. Holdings, LLC, Tru Ag LLC, Red Rock Cattle, LLC, David Raguse, Susan Raguse, and Truman Raguse, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned jointly administered chapter 11 cases. The Court having reviewed the Motion and all supporting papers, and having considered the record in these cases and the arguments of the parties, and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) due and adequate notice of the Motion was given and no further notice is necessary, and (e) cause exists under 11 U.S.C. § 1121(d) to grant the relief requested in the Motion.

[1] The Debtor in this jointly administered proceeding are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David and Susan Raguse (26-60312), and Truman Raguse (26-60313).

**IT IS ORDERED:**

1. The Debtors' exclusive period to file a chapter 11 plan under 11 U.S.C. § 1121(b) (the "Filing Exclusivity Period") is hereby extended by 120 days, through and including January 11, 2027.

2. The Debtors' exclusive period to solicit acceptances of a chapter 11 plan under 11 U.S.C. § 1121(c)(3) (the "Solicitation Exclusivity Period") and the deadline to file a chapter 11 plan (the "Plan Deadline") are hereby extended by 120 days, through and including March 10, 2027.

3. The extensions granted herein are without prejudice to the Debtors' rights to seek further extensions of the Exclusivity Periods and Plan Deadline consistent with 11 U.S.C. § 1121(d), and without prejudice to the rights of any party in interest to seek termination of the Exclusivity Periods for cause pursuant to 11 U.S.C. § 1121(d).

4. The Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

Dated: *September 8, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge