**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

RAGUSE FAMILY PARTNERSHIP, *et al.*[1]

Debtors.

Lead Case No. 26-60308, *et al.*
(Jointly Administered)

---

ORDER

---

The First Application for Allowance of Interim Compensation and Reimbursement of Expenses of Attorney for Debtor-In-Possession came on before the court.

Based on the record,

IT IS ORDERED:

1. Taft Stettinius & Hollister LLP is allowed interim compensation for the period May 14, 2026 to July 31, 2026 in the amount of $365,376.40 and reimbursement of expenses in the amount of $17,389.34 for a total of $382,765.74.

2. The Debtors are hereby authorized to pay Taft Stettinius & Hollister LLP interim compensation for the period May 14, 2026 to July 31, 2026 in the amount of $365,376.40 and reimbursement of expenses in the amount of $17,389.34 for a total of $382,765.74.

Dated: September 10, 2026

s/ Katherine A. Constantine
United States Bankruptcy Judge

---

[1] The Debtors in this jointly administered proceeding are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David and Susan Raguse (26-60312), and Truman Raguse (26-60313).