**EXHIBIT C**
**TEXT MESSAGES**


11:11
5G
RAGUSE FAMILY
Tuesday, Feb 24 • 9:06 AM
Hi Truman this is George birchem. Is there a certain day on the calendar you could deliver the rent checks. Dad needs his check. How about March 5th. Your a good soul and frie ,take
RCS mes...


11:11
5G
RAGUSE FAMILY
Your a good soul and friend ,take care.
Saturday, Feb 28 • 9:57 AM
Hi Truman this is George birchem. Is there a certain day on the calendar you could deliver the rent checks. Dad tells me that we will
RCS mes...


11:12
5G
RAGUSE FAMILY
checks. Dad tells me that we will have to look for new renters. We need money for groceries and medicine.
Hey George, i just got back from being in the hospital late last week. Im feeling
RCS mes...


11:12
5G
RAGUSE FAMILY
last week. Im feeling a lot better. I was really sick with influenza A again. Like I promised yes I still have your checks in my office ready to go. I didn't want to have office mail them as I promised to drop them off.
RCS mes...


11:12
5G
RAGUSE FAMILY
promised to drop them off.
Please don't look for new renters, I will come through on my promise. Will you be around this weekend if I swing by?
Yes Truman , we will be here all
we
RCS mes...


11:12
5G
RAGUSE FAMILY
Yes Truman , we will be here all weekend and we would much rather have you as a renter than others.
Monday, Mar 2 • 7:49 AM
Morning George, thanks for feeling the same way as we do. I could get
RCS mes...


11:12
5G
RAGUSE FAMILY
the same way as we do. I couldn't get away this last weekend. I will be there today. Don't know the time but if you want I can text or call you before I head over. I'm guessing it'll be in the afternoon.
I will keep my eye
RCS mes...


11:12
5G
RAGUSE FAMILY
I will keep my eye out for you this afternoon. I will be in the farm yard all day.
Sounds good!
Sunday, May 10 • 4:28 PM
Hi Truman
The 2 quarters of land that we previously rented to
RCS mes...


11:12
5G
RAGUSE FAMILY
all day.
Sounds good!
Sunday, May 10 • 4:28 PM
Hi Truman
The 2 quarters of land that we previously rented to you, we are now renting to Chad Braun from Rosholt.
RCS chat with RAGUSE FAMILY
RCS mes...