# EXHIBIT D
# AVERAGE – ROBERTS COUNTY, SD

# 2025 Non-Irrigated Cropland Cash Rent Paid Per Acre
## South Dakota




Source: USDA National Agricultural Statistics Service
August 23, 2025