# EXHIBIT E
# AVERAGE – RICHLAND COUNTY, ND

# 2026 County Rents and Prices
# North Dakota

*April 2026*

An annual survey of farmers and ranchers was conducted to obtain average rental rates and the price of rented land in their localities. Approximately 34,000 North Dakota agricultural producers were sampled for this survey using data provided by the US Department of Agriculture. Nearly 14,000 questionnaires were mailed in late December 2025 and submitted responses were accepted for the study through March 12, 2026 to maximize response rates. Over 1,600 reports contained positive data. We would like to thank all who participated, for without their cooperation this report would not be possible.

The tables in this report contain county-level data for cropland, pastureland, and tame hayland. All data refer to non-irrigated land and only include information for cash rental arrangements. All fee-per-head, animal unit month and share rent arrangements were excluded.

The minimum and maximum prices show the range of reported local average data in each county. Field size, topography, soil type, location and availability of rental land affect this range. The published prices in this report should never be used as the only factor to establish rental arrangements.

We advise the reader to exercise discretion when using data from counties with less than fifteen reports tabulated. Using a 5-year average is one way to minimize variability that can occur from year to year.

## 2026 Non-Irrigated Cropland Average Rents

Dollars per acre




## 2026 Non-Irrigated Pastureland Average Rents

Dollars per acre




## 2026 Non-Irrigated Cropland Average Price of Rented Land

Dollars per acre




## 2026 Non-Irrigated Pastureland Average Price of Rented Land

Dollars per acre




*Survey Funded by the North Dakota Department of Trust Lands*

## NON-IRRIGATED CROPLAND CASH RENTS AND PRICES

North Dakota: 2026 and 5-Year Average

| County | 2021-2025 average | | 2026 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Rental rate | Price of rented land | Number of reports[1] | Reported local average rental rate | | | Average rental rate | Average price of rented land |
| | | | | Minimum | Maximum | Most frequently | | |
| | (dollars/acre) | (dollars/acre) | (number) | (dollars/acre) | (dollars/acre) | (dollars/acre) | (dollars/acre) | (dollars/acre) |
| Adams | 39.20 | 1380.00 | 22 | 34.00 | 70.00 | 40.00 | 44.10 | 1879.00 |
| Barnes | 95.70 | 3666.00 | 50 | 70.00 | 145.00 | 100.00 | 101.30 | 4026.00 |
| Benson | 56.40 | 1801.00 | 26 | 30.00 | 125.00 | 60.00 | 67.00 | 2635.00 |
| Billings | 32.90 | 1732.00 | 10 | 25.00 | 55.00 | 25.00 | 36.40 | 2221.00 |
| Bottineau | 54.70 | 2152.00 | 34 | 50.00 | 110.00 | 55.00 | 61.80 | 2713.00 |
| Bowman | 38.70 | 1414.00 | 20 | 18.00 | 50.00 | 30.00 | 34.10 | 1387.00 |
| Burke | 38.00 | 1501.00 | 22 | 30.00 | 55.00 | 35.00 | 41.10 | 1959.00 |
| Burleigh | 60.00 | 2460.00 | 34 | 30.00 | 140.00 | 70.00 | 67.10 | 3144.00 |
| Cass | 138.60 | 5396.00 | 43 | 10.00 | 210.00 | 160.00 | 148.90 | 6782.00 |
| Cavalier | 72.70 | 2954.00 | 34 | 45.00 | 150.00 | 80.00 | 78.30 | 3673.00 |
| Dickey | 114.70 | 3961.00 | 19 | 85.00 | 175.00 | 150.00 | 137.70 | 4944.00 |
| Divide | 36.40 | 1397.00 | 22 | 25.50 | 60.00 | 35.00 | 38.80 | 1771.00 |
| Dunn | 36.60 | 1781.00 | 18 | 14.50 | 65.00 | 40.00 | 41.30 | 2432.00 |
| Eddy | 56.60 | 1948.00 | 20 | 50.00 | 85.00 | 65.00 | 67.40 | 2396.00 |
| Emmons | 75.20 | 3071.00 | 25 | 40.00 | 140.00 | 75.00 | 83.20 | 4216.00 |
| Foster | 78.10 | 3312.00 | 25 | 35.00 | 120.00 | 80.00 | 79.10 | 3540.00 |
| Golden Valley | 32.70 | 1437.00 | 24 | 15.00 | 46.00 | 40.00 | 34.60 | 1566.00 |
| Grand Forks | 96.20 | 3383.00 | 33 | 60.00 | 285.00 | 80.00 | 103.60 | 4023.00 |
| Grant | 37.40 | 1537.00 | 27 | 27.00 | 85.00 | 40.00 | 42.70 | 1913.00 |
| Griggs | 76.50 | 2509.00 | 23 | 50.00 | 120.00 | 70.00 | 81.30 | 3187.00 |
| Hettinger | 47.80 | 1778.00 | 28 | 33.00 | 65.00 | 50.00 | 48.60 | 1803.00 |
| Kidder | 52.80 | 1940.00 | 13 | 30.00 | 200.00 | 60.00 | 69.40 | 2644.00 |
| LaMoure | 105.90 | 3759.00 | 26 | 50.00 | 175.00 | 100.00 | 113.20 | 4567.00 |
| Logan | 64.30 | 2465.00 | 22 | 36.00 | 100.00 | 60.00 | 70.50 | 3225.00 |
| McHenry | 51.60 | 1978.00 | 16 | 31.50 | 120.00 | 60.00 | 65.10 | 2519.00 |
| McIntosh | 68.30 | 2434.00 | 26 | 40.00 | 120.00 | 75.00 | 72.80 | 3207.00 |
| McKenzie | 29.10 | 1337.00 | 16 | 19.00 | 140.00 | 30.00 | 35.50 | 2064.00 |
| McLean | 60.40 | 2506.00 | 38 | 40.00 | 150.00 | 70.00 | 73.50 | 3788.00 |
| Mercer | 43.10 | 1901.00 | 14 | 30.00 | 70.00 | 45.00 | 46.00 | 2092.00 |
| Morton | 41.40 | 1840.00 | 28 | 25.00 | 70.00 | 40.00 | 42.40 | 2127.00 |
| Mountrail | 41.00 | 1856.00 | 25 | 30.00 | 80.00 | 40.00 | 48.50 | 2690.00 |
| Nelson | 59.60 | 1956.00 | 29 | 45.00 | 150.00 | 75.00 | 73.20 | 2461.00 |
| Oliver | 42.90 | 1705.00 | 11 | 36.75 | 60.00 | 38.00 | 44.90 | 2000.00 |
| Pembina | 118.10 | 4966.00 | 23 | 70.00 | 250.00 | 180.00 | 138.30 | 6089.00 |
| Pierce | 56.40 | 2108.00 | 25 | 10.00 | 90.00 | 55.00 | 59.20 | 2386.00 |
| Ramsey | 62.70 | 1941.00 | 36 | 40.00 | 98.00 | 75.00 | 68.60 | 2242.00 |
| Ransom | 104.50 | 4133.00 | 20 | 85.00 | 155.00 | 120.00 | 119.50 | 4707.00 |
| Renville | 56.40 | 2357.00 | 21 | 50.00 | 90.00 | 55.00 | 62.80 | 2713.00 |
| Richland | 149.20 | 5559.00 | 50 | 87.50 | 300.00 | 150.00 | 161.70 | 6783.00 |
| Rolette | 52.80 | 1726.00 | 15 | 45.00 | 85.00 | 65.00 | 61.00 | 2092.00 |
| Sargent | 127.30 | 4130.00 | 30 | 75.00 | 235.00 | 150.00 | 131.50 | 4359.00 |
| Sheridan | 51.10 | 1699.00 | 24 | 40.00 | 85.00 | 60.00 | 56.90 | 2122.00 |
| Sioux | 39.40 | 1243.00 | 6 | 20.00 | 85.00 | 20.00 | 44.20 | 1100.00 |
| Slope | 38.90 | 1583.00 | 18 | 25.00 | 50.00 | 35.00 | 39.60 | 1755.00 |
| Stark | 43.70 | 1895.00 | 27 | 32.00 | 65.00 | 40.00 | 47.40 | 2457.00 |
| Steele | 91.20 | 3365.00 | 26 | 40.00 | 130.00 | 100.00 | 95.00 | 3588.00 |
| Stutsman | 85.40 | 3075.00 | 39 | 60.00 | 180.00 | 100.00 | 98.80 | 3614.00 |
| Towner | 50.90 | 2083.00 | 25 | 30.00 | 80.00 | 60.00 | 55.30 | 2161.00 |
| Traill | 127.10 | 4888.00 | 23 | 80.00 | 200.00 | 150.00 | 136.50 | 5591.00 |
| Walsh | 87.70 | 3280.00 | 36 | 55.00 | 250.00 | 70.00 | 105.10 | 4795.00 |
| Ward | 58.30 | 2403.00 | 43 | 31.00 | 120.00 | 60.00 | 63.70 | 3088.00 |
| Wells | 63.60 | 2801.00 | 31 | 40.00 | 140.00 | 60.00 | 82.30 | 3870.00 |
| Williams | 35.00 | 1387.00 | 27 | 25.00 | 45.00 | 35.00 | 35.20 | 1585.00 |

[1]Number of reports is based on positive responses to average rental rate, excluding ineligible responses (*e.g.*, out-of-state).

## NON-IRRIGATED PASTURELAND CASH RENTS AND PRICES

North Dakota: 2026 and 5-Year Average

| County | 2021-2025 average | | 2026 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Rental rate | Price of rented land | Number of reports[1] | Reported local average rental rate | | | Average rental rate | Average price of rented land |
| | | | | Minimum | Maximum | Most frequently | | |
| | (dollars/acre) | (dollars/acre) | (number) | (dollars/acre) | (dollars/acre) | (dollars/acre) | (dollars/acre) | (dollars/acre) |
| Adams | 19.80 | 903.00 | 20 | 13.00 | 40.00 | 20.00 | 20.70 | 1004.00 |
| Barnes | 26.80 | 1553.00 | 19 | 20.00 | 45.00 | 25.00 | 29.40 | 1788.00 |
| Benson | 20.30 | 856.00 | 18 | 12.50 | 40.00 | 20.00 | 22.90 | 1225.00 |
| Billings | 18.90 | 1253.00 | 10 | 10.00 | 25.00 | 10.00 | 17.90 | 1817.00 |
| Bottineau | 19.30 | 1105.00 | 16 | 10.00 | 45.00 | 20.00 | 21.70 | 1496.00 |
| Bowman | 16.50 | 880.00 | 18 | 6.00 | 32.00 | 12.00 | 16.70 | 885.00 |
| Burke | 11.80 | 696.00 | 14 | 8.00 | 25.00 | 10.00 | 13.80 | 1094.00 |
| Burleigh | 24.40 | 1513.00 | 28 | 15.00 | 55.00 | 30.00 | 32.20 | 2188.00 |
| Cass | 31.20 | 1875.00 | 8 | 20.00 | 60.00 | 30.00 | 38.50 | 2671.00 |
| Cavalier | 21.20 | 1318.00 | 4 | 10.00 | 30.00 | 10.00 | 19.40 | 1200.00 |
| Dickey | 40.70 | 1796.00 | 11 | 40.00 | 60.00 | 40.00 | 49.50 | 2420.00 |
| Divide | 11.50 | 746.00 | 11 | 7.00 | 15.00 | 10.00 | 10.90 | 858.00 |
| Dunn | 19.90 | 1385.00 | 17 | 14.50 | 35.00 | 15.00 | 23.10 | 1769.00 |
| Eddy | 20.60 | 1006.00 | 17 | 15.00 | 40.00 | 25.00 | 27.30 | 1500.00 |
| Emmons | 28.30 | 1463.00 | 23 | 20.00 | 45.00 | 30.00 | 30.90 | 1647.00 |
| Foster | 23.50 | 1301.00 | 18 | 15.00 | 45.00 | 15.00 | 25.80 | 1513.00 |
| Golden Valley | 14.70 | 783.00 | 20 | 4.50 | 30.00 | 20.00 | 15.10 | 979.00 |
| Grand Forks | 24.30 | 1306.00 | 12 | 10.00 | 119.00 | 40.00 | 41.20 | 2117.00 |
| Grant | 19.80 | 1036.00 | 28 | 13.00 | 70.00 | 15.00 | 24.90 | 1280.00 |
| Griggs | 24.20 | 1314.00 | 21 | 14.00 | 160.00 | 15.00 | 42.00 | 1310.00 |
| Hettinger | 20.40 | 1045.00 | 19 | 10.00 | 35.00 | 18.00 | 20.10 | 1036.00 |
| Kidder | 24.80 | 1185.00 | 13 | 17.00 | 60.00 | 30.00 | 32.50 | 1607.00 |
| LaMoure | 34.60 | 1716.00 | 15 | 15.00 | 60.00 | 35.00 | 39.20 | 1700.00 |
| Logan | 27.20 | 1443.00 | 21 | 25.00 | 80.00 | 30.00 | 37.00 | 1640.00 |
| McHenry | 20.80 | 998.00 | 16 | 7.33 | 40.00 | 30.00 | 22.10 | 1333.00 |
| McIntosh | 32.40 | 1465.00 | 24 | 15.00 | 55.00 | 30.00 | 33.00 | 1734.00 |
| McKenzie | 10.90 | 845.00 | 11 | 6.00 | 20.00 | 10.00 | 12.50 | 1456.00 |
| McLean | 19.20 | 1133.00 | 24 | 9.00 | 50.00 | 20.00 | 23.20 | 1519.00 |
| Mercer | 19.90 | 1331.00 | 14 | 12.00 | 35.00 | 15.00 | 21.30 | 1592.00 |
| Morton | 21.60 | 1292.00 | 27 | 12.00 | 39.00 | 25.00 | 24.60 | 1667.00 |
| Mountrail | 13.00 | 910.00 | 18 | 10.00 | 30.00 | 10.00 | 14.60 | 1371.00 |
| Nelson | 22.50 | 1051.00 | 17 | 10.00 | 45.00 | 25.00 | 21.60 | 1345.00 |
| Oliver | 19.00 | 1169.00 | 11 | 15.00 | 20.00 | 20.00 | 18.60 | 1217.00 |
| Pembina | 23.50 | 1156.00 | 3 | (D) | (D) | (D) | (D) | (D) |
| Pierce | 24.30 | 1194.00 | 15 | 5.00 | 40.00 | 25.00 | 27.10 | 1129.00 |
| Ramsey | 33.40 | 1203.00 | 5 | 20.00 | 38.00 | 20.00 | 29.60 | 1438.00 |
| Ransom | 33.70 | 1914.00 | 12 | 18.00 | 50.00 | 25.00 | 32.20 | 2906.00 |
| Renville | 19.30 | 1178.00 | 10 | 10.00 | 160.00 | 22.00 | 33.80 | 1232.00 |
| Richland | 42.90 | 2371.00 | 11 | 25.00 | 125.00 | 25.00 | 62.40 | 2978.00 |
| Rolette | 19.60 | 836.00 | 15 | 10.00 | 40.00 | 15.00 | 22.10 | 1159.00 |
| Sargent | 43.40 | 2099.00 | 10 | 25.00 | 55.00 | 40.00 | 41.50 | 1934.00 |
| Sheridan | 20.40 | 990.00 | 27 | 10.00 | 50.00 | 20.00 | 24.90 | 1329.00 |
| Sioux | 20.20 | 923.00 | 5 | 12.00 | 65.00 | 12.00 | 28.40 | 833.00 |
| Slope | 16.40 | 1009.00 | 15 | 9.00 | 26.00 | 18.00 | 17.60 | 1184.00 |
| Stark | 22.30 | 1462.00 | 22 | 14.00 | 52.00 | 25.00 | 25.60 | 1697.00 |
| Steele | 19.70 | 1239.00 | 12 | 15.00 | 25.00 | 25.00 | 20.40 | 1271.00 |
| Stutsman | 27.90 | 1356.00 | 25 | 10.00 | 40.00 | 35.00 | 30.60 | 1588.00 |
| Towner | 19.50 | 962.00 | 7 | 11.00 | 20.00 | 12.00 | 15.00 | 1017.00 |
| Traill | 26.90 | 1234.00 | 4 | 20.00 | 40.00 | 40.00 | 31.30 | 2250.00 |
| Walsh | 22.40 | 1005.00 | 11 | 12.00 | 50.00 | 20.00 | 27.50 | 1417.00 |
| Ward | 17.10 | 996.00 | 25 | 6.25 | 25.00 | 20.00 | 17.70 | 1330.00 |
| Wells | 20.20 | 1127.00 | 20 | 15.00 | 48.00 | 15.00 | 24.70 | 1606.00 |
| Williams | 11.40 | 745.00 | 14 | 7.00 | 20.00 | 10.00 | 11.60 | 800.00 |

(D) Withheld to avoid disclosing data for individual operations [1]Number of reports is based on positive responses to average rental rate, excluding ineligible responses (*e.g.*, out-of-state).

## NON-IRRIGATED TAME HAYLAND CASH RENTS AND PRICES

North Dakota: 2026

| County | 2021-2025 average | | 2026 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Rental rate | Price of rented land | Number of reports[1] | Reported local average rental rate: Minimum | Maximum | Most frequently | Average rental rate | Average price of rented land |
| | (dollars/acre) | (dollars/acre) | (number) | (dollars/acre) | (dollars/acre) | (dollars/acre) | (dollars/acre) | (dollars/acre) |
| Adams | 29.00 | 1098.00 | 17 | 18.00 | 60.00 | 30.00 | 30.50 | 1442.00 |
| Barnes | 37.00 | 2062.00 | 10 | 25.00 | 80.00 | 25.00 | 44.00 | 1950.00 |
| Benson | 22.20 | 953.00 | 13 | 12.00 | 62.50 | 25.00 | 28.30 | 993.00 |
| Billings | 26.20 | 1559.00 | 7 | 15.00 | 35.00 | 25.00 | 23.30 | 2160.00 |
| Bottineau | 26.50 | 1297.00 | 16 | 10.00 | 50.00 | 15.00 | 22.70 | 1643.00 |
| Bowman | 25.60 | 1065.00 | 17 | 14.00 | 35.00 | 30.00 | 25.90 | 1114.00 |
| Burke | 21.00 | 881.00 | 10 | 10.00 | 35.00 | 30.00 | 23.90 | 1483.00 |
| Burleigh | 32.90 | 2002.00 | 17 | 18.00 | 75.00 | 30.00 | 36.40 | 2523.00 |
| Cass | 69.90 | 2644.00 | 4 | 20.00 | 75.00 | 50.00 | 48.80 | 2750.00 |
| Cavalier | 37.80 | 2147.00 | (D) | (D) | (D) | (D) | (D) | (D) |
| Dickey | 56.60 | 2252.00 | (D) | (D) | (D) | (D) | (D) | (D) |
| Divide | 18.30 | 892.00 | 9 | 12.00 | 25.00 | 20.00 | 18.30 | 1125.00 |
| Dunn | 28.40 | 1562.00 | 14 | 18.00 | 50.00 | 25.00 | 30.60 | 2217.00 |
| Eddy | 28.20 | 1148.00 | 13 | 20.00 | 50.00 | 30.00 | 29.80 | 1678.00 |
| Emmons | 36.10 | 1876.00 | 14 | 20.00 | 60.00 | 30.00 | 35.70 | 1950.00 |
| Foster | 29.60 | 1577.00 | 10 | 15.00 | 70.00 | 15.00 | 33.20 | 1693.00 |
| Golden Valley | 23.70 | 1062.00 | 9 | 10.00 | 30.00 | 30.00 | 23.60 | 1281.00 |
| Grand Forks | 53.20 | 1918.00 | 8 | 10.00 | 101.00 | 10.00 | 53.90 | 2250.00 |
| Grant | 31.00 | 1346.00 | 24 | 16.00 | 85.00 | 30.00 | 37.00 | 1573.00 |
| Griggs | 40.40 | 1601.00 | 12 | 20.00 | 75.00 | 40.00 | 44.60 | 1775.00 |
| Hettinger | 29.20 | 1349.00 | 14 | 15.00 | 40.00 | 22.00 | 29.20 | 1289.00 |
| Kidder | 30.90 | 1449.00 | 10 | 20.00 | 60.00 | 20.00 | 33.60 | 1617.00 |
| LaMoure | 43.80 | 1975.00 | 10 | 15.00 | 100.00 | 100.00 | 57.20 | 1813.00 |
| Logan | 37.10 | 1626.00 | 14 | 30.00 | 85.00 | 40.00 | 43.60 | 2086.00 |
| McHenry | 25.00 | 1116.00 | 9 | 6.00 | 37.00 | 30.00 | 23.70 | 1494.00 |
| McIntosh | 32.90 | 1750.00 | 20 | 15.00 | 100.00 | 30.00 | 45.10 | 2100.00 |
| McKenzie | 21.40 | 1050.00 | 9 | 15.00 | 25.00 | 20.00 | 20.00 | 1936.00 |
| McLean | 25.50 | 1416.00 | 10 | 20.00 | 105.00 | 20.00 | 38.40 | 2283.00 |
| Mercer | 27.80 | 1544.00 | 9 | 20.00 | 40.00 | 25.00 | 29.70 | 1667.00 |
| Morton | 32.60 | 1664.00 | 20 | 18.00 | 50.00 | 25.00 | 32.90 | 1895.00 |
| Mountrail | 23.30 | 1263.00 | 16 | 20.00 | 45.00 | 20.00 | 27.80 | 1762.00 |
| Nelson | 34.50 | 1319.00 | 10 | 17.00 | 60.00 | 40.00 | 37.20 | 1744.00 |
| Oliver | 29.00 | 1405.00 | 8 | 20.00 | 40.00 | 20.00 | 28.00 | 1580.00 |
| Pembina | 30.20 | 1435.00 | 4 | 20.00 | 65.00 | 50.00 | 46.30 | 3167.00 |
| Pierce | 28.90 | 1248.00 | 8 | 15.00 | 40.00 | 25.00 | 24.00 | 1136.00 |
| Ramsey | 31.30 | 1360.00 | 2 | (D) | (D) | (D) | (D) | (D) |
| Ransom | 47.00 | 2262.00 | 6 | 20.00 | 110.00 | 20.00 | 59.20 | 3700.00 |
| Renville | 31.50 | 1481.00 | 8 | 15.00 | 50.00 | 22.00 | 29.40 | 1475.00 |
| Richland | 61.30 | 2367.00 | 8 | 20.00 | 200.00 | 120.00 | 104.40 | 3571.00 |
| Rolette | 25.30 | 1055.00 | 8 | 10.00 | 46.00 | 30.00 | 27.40 | 1443.00 |
| Sargent | 52.50 | 2264.00 | 8 | 25.00 | 60.00 | 40.00 | 48.10 | 1748.00 |
| Sheridan | 26.20 | 1116.00 | 15 | 15.00 | 60.00 | 25.00 | 33.30 | 1554.00 |
| Sioux | 27.70 | 1138.00 | 4 | 22.00 | 70.00 | 26.00 | 36.00 | 1000.00 |
| Slope | 27.10 | 1266.00 | 14 | 20.00 | 45.00 | 20.00 | 25.60 | 1376.00 |
| Stark | 32.40 | 1775.00 | 21 | 9.00 | 55.00 | 25.00 | 32.40 | 2068.00 |
| Steele | 27.20 | 1388.00 | 2 | (D) | (D) | (D) | (D) | (D) |
| Stutsman | 39.70 | 1747.00 | 15 | 25.00 | 60.00 | 40.00 | 43.00 | 1891.00 |
| Towner | 26.50 | 1134.00 | 4 | 6.00 | 25.00 | 25.00 | 17.80 | 1067.00 |
| Traill | 72.70 | 2308.00 | 1 | (D) | (D) | (D) | (D) | (D) |
| Walsh | 34.40 | 1488.00 | 7 | 10.00 | 50.00 | 40.00 | 32.60 | 1567.00 |
| Ward | 27.00 | 1221.00 | 19 | 10.00 | 60.00 | 25.00 | 26.90 | 1519.00 |
| Wells | 25.90 | 1287.00 | 11 | 15.00 | 100.00 | 30.00 | 45.00 | 1915.00 |
| Williams | 21.80 | 911.00 | 9 | 9.00 | 36.00 | 35.00 | 27.20 | 1100.00 |

(D) Withheld to avoid disclosing data for individual operations. [1]Number of reports is based on positive responses to average rental rate, excluding ineligible responses (*e.g.*, out-of-state).