**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:<br><br>Raguse Family Partnership, et al.[1]<br><br>Debtors. | Lead Case No. 26-60308, et al.<br>**(Jointly Administered)**<br><br>Chapter 11 |

---

**FIRST APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM JUNE 1, 2026 TO AUGUST 31, 2026**

---

1. Fredrikson & Byron, P.A. ("Fredrikson") makes this first application (the "Application") for allowance of fees for professional services rendered and for reimbursement of expenses incurred as local counsel to the Official Committee of Unsecured Creditors (the "Committee"), from June 1, 2026 to August 31, 2026 (the "Compensation Period").

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This Application arises under 11 U.S.C. §§ 503(b)(2), 328(a), 330, and 331. This Application is filed under Fed. R. Bankr. P. 2016 and 2002(a)(6) and Local Rule 2016-1(a).

[1] The Debtors are Raguse Family Partnership (Case No. 26-60308), R.A.G. Holdings, LLC (Case No. 26-60309), Red Rock Cattle, LLC (Case No. 26-60310), Tru Ag LLC (Case No. 26-60311), David and Susan Raguse (Case No. 26-60312), and Truman Raguse (Case No. 26-60313). In accordance with Fed. R. Bankr. P. 2002(o) and 1005, the address for Raguse Family Partnership (EIN: 5145), R.A.G. Holdings, LLC (EIN: 6288), Red Rock Cattle, LLC (EIN: 2634), Tru Ag LLC (EIN: 7359), David Raguse (SSN: 8244) and Susan Raguse (SSN: 2305), and Truman Raguse (SSN: 2845) is 6867 740th Street, Wheaton, MN 56296.

4. Fredrikson requests entry of an order granting the Application and allowing its fees in the amount of **$11,252.00** for professional services rendered to the Committee during the Compensation Period, as well as reimbursement of reasonable expenses in the amount of **$200.00**, for a total of **$11,452.00**.

5. The facts in support of this Application are set forth below.

## BACKGROUND

### I. APPOINTMENT OF COMMITTEE AND EMPLOYMENT OF FREDRIKSON.

6. The petitions commencing these Chapter 11 cases were filed on May 14, 2026. (the "Petition Date"). The cases are currently pending before this Court and are jointly administered under Lead Case No. 26-60308. (*See* Order Granting Joint Administration, ECF No. 40, and related docket entries dated 5/19/26 and 6/10/26.)

7. On May 28, 2026, the United States Trustee appointed the Committee. (Notice of Appointment, ECF No. 60.). The Committee members included Archer Daniel's Midland Company c/o Mark Speiser and CT Sibson Gravel & Crushing, Inc. c/o Cody Sibson. On June 5, 2026, the United States Trustee amended the appointment to include Innovative Sales Solutions, Inc. c/o John Peterson. (Amendment to Notice of Appointment, ECF No. 75.) Mark Speiser is the Acting Chairperson of the Committee.

8. On June 17, 2026, the Committee filed an application to employ Tucker Ellis LLP as lead counsel to the Committee effective as of June 1, 2026. That same day, the Committee filed an application to employ Fredrikson as local counsel to the Committee effective as of June 1, 2026.

9. The Court granted the Committee's application to employ Fredrikson as the Committee's local counsel on June 29, 2026. (Order Granting Application, ECF No. 122.) A copy of that order is attached as **Exhibit A**. That order authorizes Fredrikson to file interim applications

for allowance of fees and reimbursement of expenses in "90-day intervals" from the effective date of retention—June 1, 2026.

10. This is Fredrikson's first application for allowance of fees and reimbursement of expenses in this case.

## II. SUMMARY OF FREDRIKSON'S TIME AND EXPENSES.

11. The following chart summarizes: (a) the name and applicable billing rate for each individual who billed time during the Compensation Period; (b) the total hours billed and total amount of billing for each individual who billed time during the Compensation Period; and (c) a computation of the blended hourly rate:

| Name | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Clinton E. Cutler | 8.7 | $885 | $7,699.50 |
| Katherine A. Nixon | 5.6 | $535 | $2,996.00 |
| Shataia Stallings | 2.1 | $265 | $556.50 |
| **TOTAL** | **16.4** | | **$11,252.00** |

| | |
|---|---|
| Blended Hourly Rate: | $686.10 |

12. The professional services rendered by Fredrikson during the Compensation Period are detailed on the attached **Exhibit B**. Those services include the tasks specifically described below:

**(5000) Case Administration: $3,540.00**

Services include communicating with lead counsel regarding services to be rendered; reviewing and analyzing status of Chapter 11 cases; reviewing and analyzing financing order; and communicating regarding upcoming hearings and meeting with Committee.

| Name | June Hours | July Hours | Aug. Hours | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Clinton E. Cutler | 4.0 | 0.0 | 0.0 | 4.0 | $885 | $3,540.00 |
| **TOTAL** | **4.0** | **0.0** | **0.0** | **4.0** | | **$3,540.00** |

| | |
|---|---|
| Blended Hourly Rate: | $885.00 |

**<u>(5010) Employment and Fee Applications</u>: $7,712.00**

Services include preparing *pro hac vice* applications for lead counsel; drafting and revising applications to employ; communicating with the Office of the United States Trustee regarding employment issues; reviewing orders approving employment; drafting and revising application to employ financial advisor; and preparing to draft first fee application.

| **Name** | **June Hours** | **July Hours** | **Aug. Hours** | **Total Hours** | **Hourly Rate** | **Total Fees** |
|---|---|---|---|---|---|---|
| Clinton E. Cutler | 3.8 | 0.2 | 0.7 | 4.7 | $885 | $4,159.50 |
| Katherine A. Nixon | 2.8 | 0.1 | 2.7 | 5.6 | $535 | $2,996.00 |
| Shataia Stallings | 1.8 | 0.0 | 0.3 | 2.1 | $265 | $556.50 |
| **TOTAL** | **8.4** | **0.3** | **3.7** | **12.4** | | **$7,712.00** |

| | |
|---|---|
| Blended Hourly Rate: | $621.94 |

**<u>TOTAL FEES: $11,252.00</u>**

13. In the course of its representation of the Committee, Fredrikson has incurred expenses. The expenses are detailed as part of Matter No. 5000 on **<u>Exhibit B</u>**:

14. Fredrikson requests reimbursement of the following expenses:

| **Expense** | **Amount** |
|---|---|
| Pro Hac Vice Application Filing Fees | $200.00 |
| **TOTAL** | **$200.00** |

**<u>TOTAL EXPENSES: $200.00</u>**

15. The Committee has been given the opportunity to review this Application and has approved the requested amounts.

## III. OTHER CASE DISCLOSURES.

16. In accordance with certain guidelines promulgated by the Office of the United States Trustee, Fredrikson makes the following disclosures regarding the status of these Chapter 11 cases. *See* Regulations Relating to the Bankruptcy Reform Acts of 1978 and 1994, 61 Fed. Reg. 24890 (May 17, 1996).

17. Fredrikson believes that the Debtors have paid all quarterly fees owing to the Office of the United States Trustee and have filed all monthly operating reports.

18. The amount of cash the Debtors have on hand and the accrued but unpaid administrative expenses, if any, are further detailed in the Debtors' monthly operating reports.

19. No plan has been confirmed. No disclosure statement has been filed.

## RELIEF REQUESTED

20. By this Application, Fredrikson requests entry of an order granting the Application and allowing its fees in the amount of **$11,252.00** for professional services rendered to the Committee during the Compensation Period, as well as reimbursement of reasonable expenses in the amount of **$200.00**, for a total of **$11,452.00**.

21. All services for which fees are requested by Fredrikson were performed for and on behalf of the Committee.

22. The amount requested constitutes reasonable compensation for actual, necessary services rendered by Fredrikson, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11.

23. Fredrikson has not entered into any agreement, express or implied, with any other party-in-interest, including the Debtors, any creditor, receiver, trustee, or any representative of any of them, or with any attorney for such party-in-interest in these Chapter 11 cases, for the purpose of fixing fees or other compensation to be paid to such party-in-interest for services rendered or expenses incurred from the assets of the estate in excess of the compensation allowed by law.

24. Pursuant to Local Rule 2016-1(a), the Committee or Fredrikson provided notice of the filing of this Application and the deadline for filing a response or objection, as required by Fed.

R. Bankr. Pro. 2002(a)(6). Fredrikson respectfully requests entry of the proposed order allowing the fees and granting other relief if no objection or response is filed by the deadline.

**WHEREFORE,** Fredrikson respectfully requests that the Court enter an order:

A. Allowing Fredrikson's fees incurred between June 1, 2026 to August 31, 2026, in the amount of **$11,252.00**, and expenses in the amount of **$200.00**, for a total of **$11,452.00**;

B. Authorizing the Debtors to pay such allowed postpetition the fees and expenses; and

C. Granting such other and further relief as the Court deems just and equitable.

Dated: September 29, 2026

*/e/ Katherine A. Nixon*
Clinton E. Cutler (#0158094)
Katherine A. Nixon (#0402772)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Phone: (612) 492-7000
ccutler@fredlaw.com
knixon@fredlaw.com

**LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## VERIFICATION

I, Clinton E. Cutler, a shareholder at the law firm of Fredrikson & Byron, P.A., declare under penalty of perjury that the facts in the foregoing *First Application of Fredrikson & Byron, P.A. for Allowance of Fees and Reimbursement of Expenses as Local Counsel to the Official Committee of Unsecured Creditors from June 1, 2026 to August 31, 2026* are true and correct according to the best of my knowledge, information, and belief.

Dated: September 29, 2026

*/e/ Clinton E. Cutler*
Clinton E. Cutler

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

| | |
|---|---|
| Raguse Family Partnership,<br>R.A.G Holdings, LLC,<br>Red Rock Cattle,<br>Tru AG LLC,<br>David Raguse and Susan Raguse, and Truman Raguse<br><br>Debtors. | Lead Case No. 26-60308, et al.<br>Case No. 26-60309<br>Case No. 26-60310<br>Case No. 26-60311<br>Case No. 26-60312<br>Case No. 26-60313<br>**(Jointly Administered)**<br><br>Chapter 11 |

---

**ORDER APPROVING EMPLOYMENT OF FREDRIKSON & BYRON, P.A. AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

This case came before the court on the Application for Order Authorizing and Approving Employment of Fredrikson & Byron, P.A. as Local Counsel for the Official Committee of Unsecured Creditors of Raguse Family Partnership, et al. [Doc 99] (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee"), and the accompanying Declaration of Clinton E. Cutler. Based on the record, including the Notice of US Trustee Report in favor of [99] Application to Employ Professional,

**IT IS ORDERED:**

1. Pursuant to 11 U.S.C. §§ 328(a) and 1103, Federal Rule of Bankruptcy Procedure 2014, and Local Rule 2014-1, the employment of Fredrikson & Byron, P.A., as counsel to the Committee is approved effective June 1, 2026.

2. Compensation or reimbursement of expenses may be paid to Fredrikson & Byron, P.A. only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise.

3. Fredrikson & Byron, P.A. is authorized to file interim fee applications in 90-day intervals from and after the effective date of its retention.

Date: *June 29, 2026*

*s/ Katherine A. Constantine*
United States Bankruptcy Judge

# <u>EXHIBIT B</u>

Fredrikson

| | |
|---|---|
| **Invoice:** | **2027816** |
| **Invoice Date:** | **August 11, 2026** |
| **Client Number:** | **104532** |
| **Matter Number:** | **104532.5000** |

Official Committee of Unsecured Creditors (Raguse)
c/o Mark Speiser
Archer Daniels Midland
4666 Faries Parkway
Decatur, IL 62526

REMITTANCE

For Previously Unbilled Professional Services Rendered Through July 31, 2026

**Regarding: Case Administration**

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,540.00 |
| Total For Current Costs and Other Charges: | $ 200.00 |
| **Total For Current Invoice:** | **$ 3,740.00** |

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

[redacted]

**Please send remittance information to paynotification@fredlaw.com**

**Tax ID** [redacted]

**Please remit this page with your payment. Thank you. We appreciate your business.**

**Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402**

Fredrikson

| | |
|---|---|
| **Invoice:** | **2027816** |
| **Invoice Date:** | **August 11, 2026** |
| **Client Number:** | **104532** |
| **Matter Number:** | **104532.5000** |

Official Committee of Unsecured Creditors (Raguse)
c/o Mark Speiser
Archer Daniels Midland
4666 Faries Parkway
Decatur, IL 62526

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/26 | C. Cutler | Call with co-counsel on issues for chapter 11 case filing. | 0.40 | 354.00 |
| 06/08/26 | C. Cutler | Work on retention issues; review of filing for final hearings; emails with B. Jackiw on committee issues. | 1.40 | 1,239.00 |
| 06/10/26 | C. Cutler | Attention to retention issues and emails on financing order. | 0.40 | 354.00 |
| 06/15/26 | C. Cutler | Emails on retention issues and handling (.5); work on declaration and app to employ (.8). | 1.30 | 1,150.50 |
| 06/17/26 | C. Cutler | Emails on upcoming hearings and committee meeting. | 0.30 | 265.50 |
| 06/22/26 | C. Cutler | Emails on case status and committee meeting. | 0.20 | 177.00 |
| | **Current Legal Fees:** | | **4.00** | **$ 3,540.00** |

## Costs and Other Charges

| | | Amount |
|---|---|---|
| 06/09/26 | Filing fee – Pro Hac Vice | 200.00 |
| | **Current Costs and Other Charges:** | **$ 200.00** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 3,540.00 |
| Total For Current Costs and Other Charges: | $ 200.00 |

**Total For Current Invoice:** **$ 3,740.00**

**Fredrikson**

| | |
|---|---|
| **Invoice:** | **2027817** |
| **Invoice Date:** | **August 11, 2026** |
| **Client Number:** | **104532** |
| **Matter Number:** | **104532.5010** |

Official Committee of Unsecured Creditors (Raguse)
c/o Mark Speiser
Archer Daniels Midland
4666 Faries Parkway
Decatur, IL 62526

REMITTANCE

For Previously Unbilled Professional Services Rendered Through July 31, 2026

**Regarding: Employment and Fee Applications**

| | |
|---|---|
| Total for Current Legal Fees: | $ 5,568.50 |
| **Total For Current Invoice:** | **$ 5,568.50** |

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

| **Remittance Address:** | **Online Payments:** | **ACH & Wire Instructions:** |
|---|---|---|
| Fredrikson & Byron P.A.<br>P.O. Box 1484<br>Minneapolis, MN 55480-1484 | Fredlaw.com/payment | [redacted] |

**Please send remittance information to paynotification@fredlaw.com**

**Tax ID:** [redacted]

**Please remit this page with your payment. Thank you. We appreciate your business.**

Fredrikson

| | |
|---|---|
| **Invoice:** | **2027817** |
| **Invoice Date:** | **August 11, 2026** |
| **Client Number:** | **104532** |
| **Matter Number:** | **104532.5010** |

Official Committee of Unsecured Creditors (Raguse)
c/o Mark Speiser
Archer Daniels Midland
4666 Faries Parkway
Decatur, IL 62526

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/09/26 | C. Cutler | Call with B. Jackiw on hearing and case handling issues (.5); attention to pro hac and apps to employ (.6); prepare for and participate in final DIP loan and related motions hearing (.5). | 1.60 | 1,416.00 |
| 06/09/26 | K. Nixon | Review notices of appearance and revise lead counsel's application to employ in order to conform to local rules and practice. | 1.50 | 802.50 |
| 06/10/26 | S. Stallings | Attention to application, declaration, and proposed order to employ F&B as local counsel for creditors committee | 1.10 | 291.50 |
| 06/11/26 | S. Stallings | Attention to Fredrikson & Byron's application to employ. | 0.20 | 53.00 |
| 06/12/26 | C. Cutler | Attention to and work on application to employ Fredrikson. | 0.40 | 354.00 |
| 06/16/26 | C. Cutler | Emails with B. Jackiw regarding Committee signature on app to employ and committee meeting (.3); review and finalize app to employ and declaration (.4). | 0.70 | 619.50 |
| 06/17/26 | K. Nixon | Revise and finalize applications to employ. | 1.20 | 642.00 |
| 06/18/26 | S. Stallings | Attention to finalizing F&B application to employ, declaration, and proposed order, and arrange for filing. | 0.50 | 132.50 |
| 06/26/26 | C. Cutler | Email with UST on app to employ status. | 0.20 | 177.00 |
| 06/29/26 | C. Cutler | Email with S. Wencil on recommendation (.1); review docket entry on order approving application and attention to fee app schedule (.4). | 0.50 | 442.50 |
| 06/29/26 | K. Nixon | Review order approving FB employment. | 0.10 | 53.50 |

| | | | | |
|---|---|---|---|---|
| 06/30/26 | C. Cutler | Review order approving retention and attention to hearing on application to employ committee counsel. | 0.40 | 354.00 |
| 07/07/26 | K. Nixon | Confirm status of hearing on application to employ. | 0.10 | 53.50 |
| 07/09/26 | C. Cutler | Attention to retention orders. | 0.20 | 177.00 |
| | **Current Legal Fees:** | | **8.70** | **$ 5,568.50** |

## Invoice Totals

Total for Current Legal Fees: $ 5,568.50

**Total For Current Invoice: $ 5,568.50**

Fredrikson

| | |
|---|---|
| **Invoice:** | **2036167** |
| **Invoice Date:** | **September 18, 2026** |
| **Client Number:** | **104532** |
| **Matter Number:** | **104532.5010** |

Official Committee of Unsecured Creditors (Raguse)
c/o Mark Speiser
Archer Daniels Midland
4666 Faries Parkway
Decatur, IL 62526

REMITTANCE

For Previously Unbilled Professional Services Rendered Through August 31, 2026

**Regarding: Employment and Fee Applications**

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,143.50 |
| **Total For Current Invoice:** | **$ 2,143.50** |

**NOTE: Our records indicate that you have a prior balance due. Please refer to the next page of this invoice for details.**

***Payment is due within 30 days from receipt of invoice***

If you have any questions please email accounting@fredlaw.com or contact a client representative at 612.492.7574.

**Remittance Address:**

Fredrikson & Byron P.A.
P.O. Box 1484
Minneapolis, MN 55480-1484

**Online Payments:**

Fredlaw.com/payment

**ACH & Wire Instructions:**

[redacted]

**Please send remittance information to paynotification@fredlaw.com**

**Tax ID** [redacted]

**Please remit this page with your payment. Thank you. We appreciate your business.**

**Communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to Fredrikson, Attn: Credit Department, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402**

Fredrikson

| | |
|---|---|
| **Invoice:** | **2036167** |
| **Invoice Date:** | **September 18, 2026** |
| **Page:** | |

**Prior Balance Due Detail**

| Date | Invoice Number | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 08/11/26 | 2027817 | 5,568.50 | | 5,568.50 |
| | **Total Prior Balance:** | | | **$ 5,568.50** |

To avoid duplicate payments, the Prior Balance reflects what was still due as of September 18, 2026. If payment has been sent close to this date, please verify payment status.

Fredrikson

| | |
|---|---|
| **Invoice:** | **2036167** |
| **Invoice Date:** | **September 18, 2026** |
| **Client Number:** | **104532** |
| **Matter Number:** | **104532.5010** |

Official Committee of Unsecured Creditors (Raguse)
c/o Mark Speiser
Archer Daniels Midland
4666 Faries Parkway
Decatur, IL  62526

## Legal Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/26 | C. Cutler | Emails and attention to filing and service of final version of application to employ committee consultant. | 0.30 | 265.50 |
| 08/07/26 | K. Nixon | Review, revise, and finalize application to employ financial advisor. | 1.70 | 909.50 |
| 08/07/26 | S. Stallings | Attention to finalizing, efiling and serving application to employ professional. | 0.30 | 79.50 |
| 08/10/26 | C. Cutler | Emails on fee applications and attention to handling. | 0.20 | 177.00 |
| 08/11/26 | K. Nixon | Prepare to draft Fredrikson's first fee application. | 0.10 | 53.50 |
| 08/14/26 | C. Cutler | Attention to fee application timing. | 0.20 | 177.00 |
| 08/14/26 | K. Nixon | Draft FB first fee application and email lead counsel re: the same. | 0.70 | 374.50 |
| 08/27/26 | K. Nixon | Review status of order granting application to employ and email lead counsel re: the same. | 0.20 | 107.00 |
| | **Current Legal Fees:** | | **3.70** | **$ 2,143.50** |

## Invoice Totals

| | |
|---|---|
| Total for Current Legal Fees: | $ 2,143.50 |
| **Total For Current Invoice:** | **$ 2,143.50** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Raguse Family Partnership, et al.[1]<br><br>Debtors. | Lead Case No. 26-60308, et al.<br>**(Jointly Administered)**<br><br>Chapter 11 |

# ORDER GRANTING FIRST APPLICATION OF FREDRIKSON & BYRON, P.A. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM JUNE 1, 2026 TO AUGUST 31, 2026

This case came before the Court on the *First Application of Fredrikson & Byron, P.A. for Allowance of Fees and Reimbursement of Expenses as Local Counsel to the Official Committee of Unsecured Creditors from June 1, 2026 to August 31, 2026* (ECF No. __). Based on the application and the record,

**IT IS ORDERED:**

1. Fredrikson & Byron, P.A.'s fees in the amount of $11,252.00 for professional services rendered to the Official Committee of Unsecured Creditors during the period of June 1, 2026 to August 31, 2026, as well as expenses in the amount of $200.00, for a total of $11,452.00, are allowed.

2. The Debtors are authorized to pay such allowed postpetition fees and expenses.

**BY THE COURT:**

Dated:

___________________________________
William J. Fisher
United States Bankruptcy Judge

[1] The Debtors are Raguse Family Partnership (Case No. 26-60308), R.A.G. Holdings, LLC (Case No. 26-60309), Red Rock Cattle, LLC (Case No. 26-60310), Tru Ag LLC (Case No. 26-60311), David and Susan Raguse (Case No. 26-60312), and Truman Raguse (Case No. 26-60313). In accordance with Fed. R. Bankr. P. 2002(o) and 1005, the address for Raguse Family Partnership (EIN: 5145), R.A.G. Holdings, LLC (EIN: 6288), Red Rock Cattle, LLC (EIN: 2634), Tru Ag LLC (EIN: 7359), David Raguse (SSN: 8244) and Susan Raguse (SSN: 2305), and Truman Raguse (SSN: 2845) is 6867 740th Street, Wheaton, MN 56296.