**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re

Raguse Family Partnership, *et al.*,[1]

Debtors.

Lead Case No. 26-60308-WJF, *et al.*
(Jointly Administered Chapter 11)

---

**NOTICE OF HEARING AND APPLICATION FOR FEES AND EXPENSES FOR DEBTOR'S COUNSEL (DAVID AND SUSAN RAGUSE FILE NO. 26-60312 AND TRUMAN RAGUSE FILE NO. 26-60313)**

---

TO: ALL PARTIES IN INTEREST

Sapientia Law Group ("Applicant"), hereby submits this application for services rendered as counsel of the bankruptcy estate of individual Debtors David and Susan Raguse, File No. 26-60312 And Truman Raguse File No. 26-60313, and herein moves the Court for the relief requested below and gives notice of hearing.

1. The Court will hold a hearing on this motion at 9:30 a.m. on Tuesday, December 1, 2026 before the Honorable William J. Fisher. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

---

[1] The Debtors in this jointly administered chapter 11 case are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David Raguse and Susan Raguse (26-60312), and Truman Raguse (26-60313).

2. Any response to the Motion shall be filed and served no later than Tuesday November 24, 2026, which is the first business day seven days prior to the date of the hearing including weekdays and holidays. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

3. This Court has jurisdiction over this motion under 28 U.S.C. § 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.

4. The petitions commencing these cases were filed on May 14, 2026 (the "Petition Date"). The cases are now pending before this court.

5. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The movant consents to the Court entering a final order on the Motion.

6. This is an application, made pursuant to Sections 328, 330 and 331 of the Bankruptcy Code, for allowance for interim compensation for legal services rendered by Applicant on behalf of the individual Debtors in Possession in cases 26-60312 and 26-60313 (jointly and severally) during the period extending from August 1, 2026 to September 30, 2026.

7. Sapientia began working with the Raguse family on May 19, 2026 in anticipation of substituting in as counsel for the two individual Chapter 11 cases.

8. The entity bankruptcies, Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), were ordered jointly administered through the Court's order of May 19, 2026 in designating Raguse Family Partnership (26-60308) as the lead case in those entity Chapter 11s [Docket 40]. The two individual Chapter 11s were added to that joint administration through an order issued on June 10, 2026 (appearing on the Docket as a minute order in 26-60308).

9. On May 28, 2026, prior to the time that the individual cases were ordered jointly administered with the entity cases, a substitution of counsel in Truman Raguse's bankruptcy was filed naming Sapientia as proposed Debtor's counsel [Docket 27]. In addition, an Application Authorizing Appointment as Attorney for Debtors in 26-60313 was filed on May 29, 2026 [Docket 29]. Finally, a Motion for a Pre-Petition Retainer was filed in 26-30313 on June 2, 2026 as Docket 30.

10. Contemporaneously, a substitution of counsel in David and Susan Raguse's bankruptcy (26-60312) was filed naming Sapientia as proposed individual Debtor's counsel [Docket 24]. The Application Authorizing Appointment as Attorney for Debtors in 26-60312 was filed on May 29, 2026 [Docket 26]. The Motion for a Pre-Petition Retainer was filed in 26-30312 on June 2, 2026 as Docket 27. In both cases the US Trustee approved of the applications.

11. The motion for Pre-Petition Retainer was heard on June 24, 2026 and was granted through an order entered in the lead case, 26-60308 as Docket 113. However, the Court did not approve the Applications of Sapientia Law Group to be counsel for David and Susan Raguse and Truman Raguse based on the originally filed two Applications

12. The Clerk of Court directed the Debtors to file an Amended Application in the Lead Case which was done on June 25, 2026 (Docket 115). The US Trustee approved of the appointment and the Court approved the appointment on July 27, 2026 (Docket 151).

13. There has been one previous Applications for fees by individual Debtor's counsel in this matter for the time spent from the beginning of representation through July 31, 2026. An award was ordered per Applicant's application filed in August in the amount of $52,590.00 for

fees and $220.00 in costs. That award was paid through a combination of the retainer and from the DIP loan.

14. As of the Date of this application, Applicant holds no remaining retainer.

15. To applicant's knowledge, other than any accrued but as yet unapplied and/or unapproved fees by professionals in the case, there are no other administrative expenses unpaid as of the date of this application, exclusive of ordinary course expenses.

16. From the August 1, 2026 through September 30, 2026 Applicant has rendered professional legal services to the individual Debtors relating to the individual bankruptcy estates, all of which have been reasonable, necessary and conferred benefit to the estates. Such services included, inter alia:

- Advising the individual Debtors and representing them at motions brought by the entity Debtors and parties in interest.
- Negotiating Adequate protection stipulations with three separate vehicle lenders/lessors including drafting stipulations and preparation and filing of motions for approval of adequate protection payments.
- Working on miscellaneous contested matters
- Negotiation with holders of executory contracts concerning cure payments and stipulations.
- Working with the Debtors and their accountant to prepare and file Monthly Operating Reports
- Examining potential corrections and additions to the Schedules
- Preparation of the First Fee application

17. The professional services for the individual Debtors were provided in the suggested categories promulgated by the US Trustee as detailed and summarized on Exhibit B, Attached.

18. Based on the billing detail prepared by Applicant contemporaneously with the performance of services from August 1, 2026 through September 30, 2026, Applicant has

expended a total of 60.4 hours of attorney, paralegal and staff time, for total fees in the amount of $34,555.00. In addition, Applicant has incurred expenses in the amount of $1,023.08. Exhibit B also attaches a summary and pre-bill work in progress documents itemizing Applicant's expenses and time segregated by task or proceeding for all services rendered during the relevant period.

19. The following hourly rates were charged by each person whose time is included in this application:

| Initials | Timekeeper | Bar Admission Date | Rate/hour | Billable Hours |
|---|---|---|---|---|
| AJB | Alexander J. Beeby | 2016 | $ 400.00 | 0 |
| KCE | Kenneth C. Edstrom* | 1983 | $ 650.00 | 49.8 |
| ACM | Andrea C. Mejia | 2019 | $ 250.00 | 1.3 |
| JCL | John C. Levy | 1987 | $ 600.00 | 0 |
| Unused | Unused | | $ 425.00 | 0 |
| JAS | Jonathan A. Strass | 1997 | $ 325.00 | 0 |
| AMD | Abigail M. Denne | 2025 | $ 300.00 | 0 |
| TSG | Terri Gaetz | Paralegal | $ 200.00 | 2.8 |
| RJN | RJ Nunez | Paralegal | $ 200.00 | 6.5 |
| Unused | Unused | | | 0 |
| TOTAL BILLABLE HOURS | | | | 60.4 |

*Board Certified in Business Bankruptcy by the American Board of Certification

20. All services for which compensation is requested by Applicant were performed for and on behalf of the individual Debtors.

21. The total amount of fees sought to be awarded are reasonable and necessary based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11. Therefore, Applicant is entitled to an order allowing all fees and costs in this application as interim compensation under 11 USC §§ 330 and 331.

22. Applicant has not entered into any agreement, express or implied, with any other party in interest including the Debtor, any trustee or any representative of any of them, or with

any attorneys representing any party in interest in this case, for the purpose of fixing fees or other compensation to be paid to such party in interest in the proceedings for services rendered or expenses incurred in connection therewith from the assets of the estate in excess of the compensation allowed by law. In addition, Applicant states that the fees ultimately allowed by this Court will not be shared with anyone except that the fees will become part of the general funds of Sapientia Law Group.

WHEREFORE, Applicant respectfully requests (1) allowance of compensation to Sapientia Law Group, in the amount of $34,555.00 for fees and $1023.18 in costs from August 1, 2026 to September 30, 2026 (2) an order allowing payment from the funds available from the Debtor including the proceeds of the approved DIP loan, (3) awarding said sums as an interim fee award and such other and further relief as the Court deems appropriate.

Respectfully submitted,

Dated: October 15, 2026

/s/ *Kenneth C. Edstrom*

Kenneth C. Edstrom (148696)
Alexander J. Beeby (398286)
Sapientia Law Group
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
612-756-7100
kene@sapientialaw.com
alexb@sapientialaw.com
Attorneys for Individual Debtors

# EXHIBIT A
# (UNUSED)

# EXHIBIT B

# BILLING RECORDS AND SUMMARY

DECLARATION OF SERVICE

Kenneth C. Edstrom declares under penalty of perjury that on October 15, 2026 he served the following documents electronically with the Clerk of Court through Docket, and that a copy of the above-referenced document will be delivered to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-l(a).

He further declares under penalty of perjury that he has provided the following documents to certificateofservice.com to be served upon the parties entitled to notice per local rule who will file and serve their own certificate of service in connection with this motion:

1 Notice of Motion and Application for Allowance of Fees for individual Debtor's Counsel.
2 Exhibits
3 Declaration of Service
4 Proposed Order

Dated: October 15, 2026 /s *Kenneth C. Edstrom*

VERIFICATION

I, Kenneth C. Edstrom, attorney at Sapientia Law Group, the Applicant named in the foregoing Application of Sapientia Law Group, for Allowance and Payment of Compensation and for Reimbursement of Expenses as Debtor's Counsel declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: October 15, 2026

/s/ *Kenneth C. Edstrom*
Kenneth C. Edstrom

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re

Raguse Family Partnership, *et al.*,[2]

Debtors.

Lead Case No. 26-60308-WJF, *et al.*
(Jointly Administered Chapter 11)

ORDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE INDIVIDUAL DEBTORS

This case is before the Court on the Application of Sapiential Law Group for fees and costs under Section 327, 330 and 331 of the United States Bankruptcy Code. Based upon on application and the files,

IT IS ORDERED:

1. Applicant Sapientia Law Group is hereby awarded interim fees as counsel for the individual debtors in the total amount of $34,555.00.

2. Applicant Sapientia Law Group is hereby awarded costs in the total amount of $1,023.18.

3. The Debtors are authorized to pay Applicant an amount awarded by this Order as limited by the current cash collateral order.

**IT IS ORDERED:**

Dated: ____________, 2026

____________________________________

William J. Fisher,
UNITED STATES BANKRUPTCY JUDGE

[2] The Debtors in this jointly administered chapter 11 case are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David Raguse and Susan Raguse (26-60312), and Truman Raguse (26-60313).

2. Any response to the Motion shall be filed and served no later than Tuesday September 1, 2026, which is the first business day seven days prior to the date of the hearing including weekdays and holidays. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

3. This Court has jurisdiction over this motion under 28 U.S.C. § 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.

4. The petitions commencing these cases were filed on May 14, 2026 (the "Petition Date"). The cases are now pending before this court.

5. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The movant consents to the Court entering a final order on the Motion.

6. This is an application, made pursuant to Sections 328, 330 and 331 of the Bankruptcy Code, for allowance for interim compensation for legal services rendered by Applicant on behalf of the individual Debtors in Possession in cases 26-60312 and 26-60313 (jointly and severally) during the period extending from August 1, 2026 to September 30, 2026.

7. Sapientia began working with the Raguse family on May 19, 2026 in anticipation of substituting in as counsel for the two individual Chapter 11 cases.

8. The entity bankruptcies, Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), were ordered jointly administered through the Court's order of May 19, 2026 in designating Raguse Family Partnership (26-60308) as the lead case in those entity Chapter 11s [Docket 40]. The two individual Chapter 11s were added to that joint administration through an order issued on June 10, 2026 (appearing on the Docket as a minute order in 26-60308).

9. On May 28, 2026, prior to the time that the individual cases were ordered jointly administered with the entity cases, a substitution of counsel in Truman Raguse's bankruptcy was filed naming Sapientia as proposed Debtor's counsel [Docket 27]. In addition, an Application Authorizing Appointment as Attorney for Debtors in 26-60313 was filed on May 29, 2026 [Docket 29]. Finally, a Motion for a Pre-Petition Retainer was filed in 26-30313 on June 2, 2026 as Docket 30.

10. Contemporaneously, a substitution of counsel in David and Susan Raguse's bankruptcy (26-60312) was filed naming Sapientia as proposed individual Debtor's counsel [Docket 24]. The Application Authorizing Appointment as Attorney for Debtors in 26-60312 was filed on May 29, 2026 [Docket 26]. The Motion for a Pre-Petition Retainer was filed in 26-30312 on June 2, 2026 as Docket 27. In both cases the US Trustee approved of the applications.

11. The motion for Pre-Petition Retainer was heard on June 24, 2026 and was granted through an order entered in the lead case, 26-60308 as Docket 113. However, the Court did not approve the Applications of Sapientia Law Group to be counsel for David and Susan Raguse and Truman Raguse based on the originally filed two Applications

12. The Clerk of Court directed the Debtors to file an Amended Application in the Lead Case which was done on June 25, 2026 (Docket 115). The US Trustee approved of the appointment and the Court approved the appointment on July 27, 2026 (Docket 151).

13. There has been one previous Applications for fees by individual Debtor's counsel in this matter for the time spent from the beginning of representation through July 31, 2026. An award was ordered per Applicant's application filed in August in the amount of $52,590.00 for

fees and $220.00 in costs. That award was paid through a combination of the retainer and from the DIP loan.

14. As of the Date of this application, Applicant holds no remaining retainer.

15. To applicant's knowledge, other than any accrued but as yet unapplied and/or unapproved fees by professionals in the case, there are no other administrative expenses unpaid as of the date of this application, exclusive of ordinary course expenses.

16. From the August 1, 2026 through September 30, 2026 Applicant has rendered professional legal services to the individual Debtors relating to the individual bankruptcy estates, all of which have been reasonable, necessary and conferred benefit to the estates. Such services included, inter alia:

- Advising the individual Debtors and representing them at motions brought by the entity Debtors and parties in interest.
- Negotiating Adequate protection stipulations with three separate vehicle lenders/lessors including drafting stipulations and preparation and filing of motions for approval of adequate protection payments.
- Working on miscellaneous contested matters
- Negotiation with holders of executory contracts concerning cure payments and stipulations.
- Working with the Debtors and their accountant to prepare and file Monthly Operating Reports
- Examining potential corrections and additions to the Schedules
- Preparation of the First Fee application

17. The professional services for the individual Debtors were provided in the suggested categories promulgated by the US Trustee as detailed and summarized on Exhibit B, Attached.

18. Based on the billing detail prepared by Applicant contemporaneously with the performance of services from August 1, 2026 through September 30, 2026, Applicant has

expended a total of 60.4 hours of attorney, paralegal and staff time, for total fees in the amount of $34,555.00. In addition, Applicant has incurred expenses in the amount of $1,023.08. Exhibit B also attaches a summary and pre-bill work in progress documents itemizing Applicant's expenses and time segregated by task or proceeding for all services rendered during the relevant period.

19. The following hourly rates were charged by each person whose time is included in this application:

| Initials | Timekeeper | Bar Admission Date | Rate/hour | Billable Hours |
|---|---|---|---|---|
| AJB | Alexander J. Beeby | 2016 | $ 400.00 | 0 |
| KCE | Kenneth C. Edstrom* | 1983 | $ 650.00 | 49.8 |
| ACM | Andrea C. Mejia | 2019 | $ 250.00 | 1.3 |
| JCL | John C. Levy | 1987 | $ 600.00 | 0 |
| Unused | Unused | | $ 425.00 | 0 |
| JAS | Jonathan A. Strass | 1997 | $ 325.00 | 0 |
| AMD | Abigail M. Denne | 2025 | $ 300.00 | 0 |
| TSG | Terri Gaetz | Paralegal | $ 200.00 | 2.8 |
| RJN | RJ Nunez | Paralegal | $ 200.00 | 6.5 |
| Unused | Unused | | | 0 |
| TOTAL BILLABLE HOURS | | | | 60.4 |

*Board Certified in Business Bankruptcy by the American Board of Certification

20. All services for which compensation is requested by Applicant were performed for and on behalf of the individual Debtors.

21. The total amount of fees sought to be awarded are reasonable and necessary based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11. Therefore, Applicant is entitled to an order allowing all fees and costs in this application as interim compensation under 11 USC §§ 330 and 331.

22. Applicant has not entered into any agreement, express or implied, with any other party in interest including the Debtor, any trustee or any representative of any of them, or with

any attorneys representing any party in interest in this case, for the purpose of fixing fees or other compensation to be paid to such party in interest in the proceedings for services rendered or expenses incurred in connection therewith from the assets of the estate in excess of the compensation allowed by law. In addition, Applicant states that the fees ultimately allowed by this Court will not be shared with anyone except that the fees will become part of the general funds of Sapientia Law Group.

WHEREFORE, Applicant respectfully requests (1) allowance of compensation to Sapientia Law Group, in the amount of $34,555.00 for fees and $1023.18 in costs from August 1, 2026 to September 30, 2026 (2) an order allowing payment from the funds available from the Debtor including the proceeds of the approved DIP loan, (3) awarding said sums as an interim fee award and such other and further relief as the Court deems appropriate.

Respectfully submitted,

Dated: October 15, 2026

/s/ *Kenneth C. Edstrom*

Kenneth C. Edstrom (148696)
Alexander J. Beeby (398286)
Sapientia Law Group
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
612-756-7100
kene@sapientialaw.com
alexb@sapientialaw.com
Attorneys for Individual Debtors

# EXHIBIT A
# (UNUSED)

# EXHIBIT B

# BILLING RECORDS AND SUMMARY

EXHIBIT B

Sapientia Time Record Summary

| Category | Attorney | Hours | To Be Billed | Non-Billable | $ Billed | Actual Rate | | |
|---|---|---|---|---|---|---|---|---|
| **Costs** | | **NA** | **$ 1,023.18** | **NA** | **NA** | NA | | |
| | | | | | | | | |
| | | | | | | | | |
| Fees | | | | | | | | |
| Asset Analysis and Recovery | AJB | | 0 | | $ - | | | |
| Asset Analysis and Recovery | KCE | 0.4 | 0.4 | | $ 260.00 | | | |
| Asset Analysis and Recovery | ACM | | 0 | | $ - | | | |
| Asset Analysis and Recovery | JCL | | 0 | | $ - | | | |
| Asset Analysis and Recovery | | | 0 | | $ - | | | |
| Asset Analysis and Recovery | JAS | | 0 | | $ - | | | |
| Asset Analysis and Recovery | AMD | | 0 | | $ - | | | |
| Asset Analysis and Recovery | TSG | | | | $ - | | | |
| Asset Analysis and Recovery | RJN | | 0 | | $ - | | | |
| Asset Analysis and Recovery | | | 0 | | $ - | | | |
| **TOTAL ASSET ANALYSIS AND RECOVERY** | | **0.4** | **0.4** | **0** | **$ 260.00** | | | |
| | | | | | | | | |
| Asset Disposition | AJB | | 0 | | $ - | | | |
| Asset Disposition | KCE | | 0 | | $ - | | | |
| Asset Disposition | ACM | | 0 | | $ - | | | |
| Asset Disposition | JCL | | 0 | | $ - | | | |
| Asset Disposition | | | 0 | | $ - | | | |
| Asset Disposition | JAS | | 0 | | $ - | | | |
| Asset Disposition | AMD | | 0 | | $ - | | | |
| Asset Disposition | TSG | | 0 | | $ - | | | |
| Asset Disposition | RJN | | 0 | | $ - | | | |
| Asset Disposition | | | 0 | | $ - | | | |
| **TOTAL ASSET DISPOSITION** | | **0** | **0** | **0** | **$ -** | | | |
| | | | | | | | | |
| Business Operations | AJB | | 0 | | $ - | | | |
| Business Operations | KCE | | 0 | | $ - | | | |
| Business Operations | ACM | | 0 | | $ - | | | |
| Business Operations | JCL | | 0 | | $ - | | | |
| Business Operations | | | 0 | | $ - | | | |
| Business Operations | JAS | | 0 | | $ - | | | |
| Business Operations | AMD | | 0 | | $ - | | | |
| Business Operations | TSG | | 0 | | $ - | | | |
| Business Operations | RJN | | 0 | | $ - | | | |
| Business Operations | | | 0 | | $ - | | | |
| **TOTAL BUSINESS OPERATIONS** | | **0** | **0** | **0** | **$ -** | | | |
| | | | | | | | | |
| | | | | | | | | |
| Case Administration | AJB | 0 | 0 | | $ - | | | |

EXHIBIT B

Sapientia Time Record Summary

| Category | Attorney | Hours | To Be Billed | Non-Billable | $ Billed | Actual Rate | | |
|---|---|---|---|---|---|---|---|---|
| Case Administration | KCE | 23.3 | 23.3 | | $ 15,145.00 | $ 650.00 | | |
| Case Administration | ACM | 1.3 | 1.3 | | $ 325.00 | | | |
| Case Administration | JCL | | 0 | | $ - | | | |
| Case Administration | | | 0 | | $ - | | | |
| Case Administration | JAS | | 0 | | $ - | | | |
| Case Administration | AMD | | 0 | | $ - | | | |
| Case Administration | TSG | 2.6 | 2.6 | | $ 520.00 | $ 200.00 | | |
| Case Administration | RJN | 6.5 | 6.5 | | $ 1,300.00 | | | |
| Case Administration | | | 0 | | $ - | | | |
| **TOTAL CASE ADMINISTRATION** | | **33.7** | **33.7** | | **$ 17,290.00** | | | |
| | | | | | | | | |
| Claims Administration and Objections | AJB | 0 | 0 | | $ - | #DIV/0! | | |
| Claims Administration and Objections | KCE | 0.9 | 0.9 | | $ 585.00 | $ 650.00 | | |
| Claims Administration and Objections | ACM | | 0 | | $ - | | | |
| Claims Administration and Objections | JCL | | 0 | | $ - | | | |
| Claims Administration and Objections | THN | | 0 | | $ - | | | |
| Claims Administration and Objections | JAS | | 0 | | $ - | | | |
| Claims Administration and Objections | AMD | | 0 | | $ - | | | |
| Claims Administration and Objections | TSG | 0.2 | 0.2 | | $ 40.00 | | | |
| Claims Administration and Objections | RJN | | 0 | | $ - | | | |
| Claims Administration and Objections | | | 0 | | $ - | | | |
| **TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS** | | **1.1** | **1.1** | **0** | **$ 625.00** | | | |
| | | | | | | | | |
| Fee Employment/Applications | AJB | | 0 | 0 | $ - | #DIV/0! | | |
| Fee Employment/Applications | KCE | 4 | 4 | 0 | $ 2,600.00 | $ 650.00 | | |
| Fee Employment/Applications | ACM | | 0 | 0 | $ - | | | |
| Fee Employment/Applications | JCL | | 0 | 0 | $ - | | | |
| Fee Employment/Applications | | | 0 | 0 | $ - | | | |
| Fee Employment/Applications | JAS | | 0 | 0 | $ - | | | |
| Fee Employment/Applications | AMD | | 0 | 0 | $ - | | | |
| Fee Employment/Applications | TSG | | 0 | | $ - | | | |
| Fee Employment/Applications | RJN | | 0 | | $ - | | | |
| Fee Employment/Applications | | | 0 | 0 | $ - | | | |
| **TOTAL FEE EMPLOYMENT/APPLICATIONS** | | **4** | **4** | **0** | **$ 2,600.00** | | | |
| | | | | | | | | |
| Financing | AJB | | 0 | 0 | $ - | | | |
| Financing | KCE | 17.1 | 17.1 | | $ 11,115.00 | | | |
| Financing | ACM | | 0 | 0 | $ - | | | |
| Financing | JCL | | 0 | 0 | $ - | | | |
| Financing | | | 0 | 0 | $ - | | | |
| Financing | JAS | | 0 | 0 | $ - | | | |
| Financing | AMD | | 0 | 0 | $ - | | | |

EXHIBIT B

Sapientia Time Record Summary

| Category | Attorney | Hours | To Be Billed | Non-Billable | $ Billed | Actual Rate |
|---|---|---|---|---|---|---|
| Financing | TSG | | 0 | 0 | $ - | |
| Financing | RJN | | 0 | 0 | $ - | |
| Financing | | | 0 | 0 | $ - | |
| **TOTAL FINANCING** | | **17.1** | **17.1** | **0** | **$ 11,115.00** | |
| | | | | | | |
| 341 Meeting | AJB | | 0 | | $ - | |
| 341 Meeting | KCE | | 0 | 0 | $ - | |
| 341 Meeting | ACM | | 0 | | $ - | |
| 341 Meeting | JCL | | 0 | | $ - | |
| 341 Meeting | THN | | 0 | | $ - | |
| 341 Meeting | JAS | | 0 | | $ - | |
| 341 Meeting | AMD | | 0 | | $ - | |
| 341 Meeting | TSG | | 0 | | $ - | |
| 341 Meeting | RJN | | 0 | | $ - | |
| 341 Meeting | | | 0 | | $ - | |
| TOTAL 341 MEETING | | 0 | 0 | 0 | $ - | |
| | | | | | | |
| Contested/Litigation | | | | | | |
| Contested/Litigation - General | AJB | | 0 | 0 | $ - | |
| Contested/Litigation - General | KCE | 4.1 | 4.1 | 0 | $ 2,665.00 | $ 650.00 |
| Contested/Litigation - General | ACM | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | JCL | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | JAS | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | AMD | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | TSG | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | RJN | 0 | 0 | 0 | $ - | |
| Contested/Litigation - General | | 0 | 0 | 0 | $ - | |
| **TOTAL** | | **4.1** | **4.1** | **0** | **$ 2,665.00** | |

| Category | Attorney/Timekeeper | Hours | Billable | Non-Billable |
|---|---|---|---|---|
| TOTAL ASSET ANALYSIS AND RECOVERY | | 0.4 | 0.4 | 0 |
| TOTAL ASSET DISPOSITION | | 0 | 0 | 0 |
| TOTAL BUSINESS OPERATIONS | | 0 | 0 | 0 |
| TOTAL CASE ADMINISTRATION | | 33.7 | 33.7 | 0 |
| TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS | | 1.1 | 1.1 | 0 |
| TOTAL FEE EMPLOYMENT/APPLICATIONS | | 4 | 4 | 0 |
| TOTAL FINANCING | | 17.1 | 17.1 | 0 |
| TOTAL 341 MEETING | | 0 | 0 | 0 |

EXHIBIT B

Sapientia Time Record Summary

| Category | Attorney | Hours | To Be Billed | Non-Billable | $ Billed | Actual Rate | | |
|---|---|---|---|---|---|---|---|---|
| CONTESTED/LITIGATION | | 4.1 | 4.1 | 0 | | | | |
| TOTAL HOURS | | 60.4 | 60.4 | 0 | | | | |
| | | | | | | | | |
| TOTAL FEES | | $ 34,555.00 | | | | | | |
| TOTAL COSTS | | $ 1,023.18 | | | | | | |
| GRAND TOTAL | | $ 35,578.18 | | | | | | |
| | | | | | | | | |
| | | | | | No Charge | Total Hours | Total to be Billed Including No Charge | Actual Hourly Rate including No Charge Time |
| | | | | AJB | $ - | $ - | $ - | |
| | | | | KCE | $ - | $ 49.80 | $ 32,370.00 | $ 650.00 |
| | | | | RJN | $ - | $ 1.30 | $ 325.00 | $ 250.00 |
| | | | | JCL | $ - | $ - | $ - | #DIV/0! |
| | | | | | $ - | $ - | $ - | #DIV/0! |
| | | | | JAS | $ - | $ - | $ - | #DIV/0! |
| | | | | AMD | $ - | $ - | $ - | #DIV/0! |
| | | | | TSG | $ - | $ 2.80 | $ 560.00 | $ 200.00 |
| | | | | RJN | $ - | $ 6.50 | $ 1,300.00 | $ 200.00 |
| | | | | | $ - | $ - | $ - | |
| | | | | **Blended Rate for all timekeepers** | **$ -** | **$ 60.40** | **$ 34,555.00** | **$ 572.10** |
| | | | | | | | | |
| Initials | Timekeeper | Bar Admission Date | Rate/hour | Billable Hours | $ - | $ 60.40 | $ 34,555.00 | |
| AJB | Alexander J. Beeby | 2016 | $ 400.00 | 0 | | | | |
| KCE | Kenneth C. Edstrom* | 1983 | $ 650.00 | 49.8 | | | | |
| ACM | Andrea C. Mejia | 2019 | $ 250.00 | 1.3 | | | | |
| JCL | John C. Levy | 1987 | $ 600.00 | 0 | | | | |
| Unused | Unused | | $ 425.00 | 0 | | | | |
| JAS | Jonathan A. Strass | 1997 | $ 325.00 | 0 | | | | |
| AMD | Abigail M. Denne | 2025 | $ 300.00 | 0 | | | | |
| TSG | Terri Gaetz | Paralegal | $ 200.00 | 2.8 | | | | |
| RJN | RJ Nunez | Paralegal | $ 200.00 | 6.5 | | | | |
| Unused | Unused | | | 0 | | | | |
| TOTAL BILLABLE HOURS | | | | 60.4 | | | | |

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368
www.sapientialaw.com

# PRE-BILL

## Prepared for Truman, David and Susan Raguse

### Re: Asset Analysis and Recovery (12140.02-B08)

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 05, 2026
Current Charges: $260.00
**Balance Due: $260.00**

**SERVICES**

| | | | | |
|---|---|---|---|---|
| 9/8/2026 | Analysis of crop insurance forms provided by client in connection with possible denial of benefits; request additional information. | K.C.E. | .40 | $260.00 |
| SUBTOTAL – SERVICES: | | | 0.40 | $260.00 |

**COSTS**

| | |
|---|---|
| SUBTOTAL – COSTS: | $0.00 |

**MATTER LEDGER**

| | | |
|---|---|---|
| 10/5/2026 | Balance before last invoice | $0.00 |
| NEW BALANCE: | | |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 10/5/2026 | Previous Balance | $0.00 |
| 7/29/2026 | Payment, Wire Transfer | $10,000.00 |
| 9/10/2026 | Advanced fees withdrawn from Trust - Costs (12140.13-B08) | ($220.83) |
| 9/10/2026 | Advanced fees withdrawn from Trust - Case Administration (12140.05-B08 | ($9,779.17) |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |

| | | |
|---|---|---|
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |
| AVAILABLE IN TRUST: | | $0.00 |

**CURRENT CHARGES: $260.00**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $260.00**

---

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368
www.sapientialaw.com

# PRE-BILL

## Prepared for Truman, David and Susan Raguse

**Re: Case Administration (12140.05-B08**

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 15, 2026
Current Charges: $17,290.00
**Balance Due: $17,290.00**

**SERVICES**

| | | | | |
|---|---|---|---|---|
| 8/5/2026 | Review additional documents from SharePoint; analyze documents for duplicity and deficiencies; prepare documents and folders for KCE review | T.S.G. | 1.10 | $220.00 |
| 8/5/2026 | Work on MORs for June, multiple communications re same. | K.C.E. | 2.20 | $1,430.00 |
| 8/11/2026 | E-file Fee Application; request mailings from a third-party service. | T.S.G. | .30 | $60.00 |
| 8/11/2026 | Work on amending complaint, multiple communications re same. | K.C.E. | 1.10 | $715.00 |
| 8/11/2026 | Finalize and file MORs for June. | K.C.E. | 2.30 | $1,495.00 |
| 8/12/2026 | Prepare for and attend conference call with clients and advisors. | K.C.E. | 1.30 | $845.00 |
| 8/20/2026 | Work on amendments to schedules and obtaining Best Case Software to import all information. | K.C.E. | 1.30 | $845.00 |
| 8/20/2026 | Draftwork on imported bankruptcy case files. | R.J.N. | .30 | $60.00 |
| 8/21/2026 | Finalize MOR (David and Susan); review with client and file. | K.C.E. | .90 | $585.00 |
| 8/21/2026 | Gather documents and review notes re needed amendments to schedules; multiple communications re same. | K.C.E. | 2.00 | $1,300.00 |
| 8/21/2026 | Drafting Amended Bankruptcy Schedules. | R.J.N. | 1.50 | $300.00 |
| 8/24/2026 | Work on MOR; communicate with accountant re same. | K.C.E. | .70 | $455.00 |
| 8/24/2026 | Drafting Amended Raguse bankruptcy schedules. | R.J.N. | 1.10 | $220.00 |
| 8/25/2026 | Draft Amended Bankruptcy schedules | R.J.N. | 3.20 | $640.00 |
| 8/26/2026 | Updating information on Bky schedules. | R.J.N. | .40 | $80.00 |
| 8/27/2026 | Conference with Lakeshore re possible withholding of USDA benefit for individuals; multiple communications re same. | K.C.E. | .50 | $325.00 |
| 9/3/2026 | Call USDA and county to inquire about the FSA Payments | A.C.M. | .70 | $175.00 |

| | | | | |
|---|---|---|---|---|
| 9/4/2026 | Analysis of comments on MORs from last month; gather materials to amend and file July MOR | K.C.E. | .60 | $390.00 |
| 9/8/2026 | Efile additional proofs of claims | T.S.G. | .40 | $80.00 |
| 9/8/2026 | Communicate re status of hearing on motion to extend. Prepare for and attend motion to extend deadline to file plan. | K.C.E. | .70 | $455.00 |
| 9/8/2026 | File proofs of claims with court | T.S.G. | .80 | $160.00 |
| 9/11/2026 | Analysis of multiple issues concerning the way T Raguse handles finances; analysis of all Apple Cash card statements (.8); analysis of Kristi Raguse's Bell Bank Accounts (.3); update spreadsheets for May June and July MORs (3.0); Prepare memo for UST's office re the proposed changes and seek approval for the method being proposed with regard to MOR's (.5). | K.C.E. | 4.60 | $2,990.00 |
| 9/18/2026 | Work on completion of August MOR for David and Susan and file with court; memo to client. | K.C.E. | 1.20 | $780.00 |
| 9/22/2026 | Work on Truman Raguse MOR and file (2.0); work on amending David and Susan MOR and filing (1.0). | K.C.E. | 3.00 | $1,950.00 |
| 9/24/2026 | Call USDA/FSA regarding Payments; draft a letter to the USDA and the county authorizing the release of information. | A.C.M. | .60 | $150.00 |
| 9/28/2026 | Multiple communications concerning obtaining right to talk to USDA concerning crop insurance payments. | K.C.E. | .90 | $585.00 |
| SUBTOTAL – SERVICES: | | | 33.70 | $17,290.00 |

**COSTS**

| | |
|---|---|
| SUBTOTAL – COSTS: | $0.00 |

**MATTER LEDGER**

| | | |
|---|---|---|
| 9/10/2026 | Balance before last invoice | ($9,779.17) |
| 9/10/2026 | Invoice 23153 | $35,620.00 |
| 9/15/2026 | (Adjustment) Funds transferred from Trust | ($25,840.83) |
| NEW BALANCE: | | $0.00 |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 10/15/2026 | Previous Balance | $0.00 |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |
| AVAILABLE IN TRUST: | | $0.00 |

**CURRENT CHARGES: $17,290.00**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $17,290.00**

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368

www.sapientialaw.com

# PRE-BILL

**Prepared for Truman, David and Susan Raguse**

**Re: Claims Administration and Objections (12140.06-B08)**

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 05, 2026
Current Charges: $625.00
**Balance Due: $625.00**

**SERVICES**

| | | | | |
|---|---|---|---|---|
| 9/8/2026 | Analysis of valuation issue re planter financed by Wells Fargo; update Wells Fargo re status of planter. | K.C.E. | .30 | $195.00 |
| 9/9/2026 | Prepare and efile Proof of Claim (Colonial); email proof to party. | T.S.G. | .20 | $40.00 |
| 9/9/2026 | Supervise filing of proofs of claim as courtesy to late-added creditors | K.C.E. | .60 | $390.00 |
| SUBTOTAL – SERVICES: | | | 1.10 | $625.00 |

**COSTS**

| | |
|---|---|
| SUBTOTAL – COSTS: | $0.00 |

**MATTER LEDGER**

| | | |
|---|---|---|
| 10/5/2026 | Balance before last invoice | $0.00 |
| 9/10/2026 | Invoice 23154 | $2,930.00 |
| 9/15/2026 | (Adjustment) Funds transferred from Trust | ($2,930.00) |
| NEW BALANCE: | | $0.00 |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 9/10/2026 | Previous Balance | $0.00 |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |

| | | |
|---|---|---|
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |
| AVAILABLE IN TRUST: | | $0.00 |

**CURRENT CHARGES: $625.00**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $625.00**

---

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368
www.sapientialaw.com

# PRE-BILL

**Prepared for Truman, David and Susan Raguse**
**Re: Fee/Employment Applications (12140.08-B08)**

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 05, 2026
Current Charges: $2,600.00
**Balance Due: $2,600.00**

**SERVICES**

| | | | | |
|---|---|---|---|---|
| 8/10/2026 | Prepare interim Fee Application. | K.C.E. | 3.50 | $2,275.00 |
| 9/10/2026 | Prepare for and attend hearing on Lakeshore fee application. | K.C.E. | .50 | $325.00 |
| SUBTOTAL – SERVICES: | | | 4.00 | $2,600.00 |

**COSTS**

| | |
|---|---|
| SUBTOTAL – COSTS: | $0.00 |

**MATTER LEDGER**

| | | |
|---|---|---|
| 10/5/2026 | Balance before last invoice | $0.00 |
| 9/10/2026 | Invoice 23155 | $7,150.00 |
| 9/15/2026 | (Adjustment) Funds transferred from Trust | ($7,150.00) |
| NEW BALANCE: | | $0.00 |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 9/10/2026 | Previous Balance | $0.00 |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |
| AVAILABLE IN TRUST: | | $0.00 |

**CURRENT CHARGES: $2,600.00**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $2,600.00**

---

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368
www.sapientialaw.com

# PRE-BILL

## Prepared for Truman, David and Susan Raguse

**Re: Financing (12140.10-B08)**

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 13, 2026
Current Charges: $11,115.00
**Balance Due: $11,115.00**

**SERVICES**

| | | | | |
|---|---|---|---|---|
| 8/4/2026 | File and Serve  Adequate Protection Motion | K.C.E. | .40 | $260.00 |
| 8/12/2026 | Analysis of all adequate protection claims outstanding and communicate with car lenderrs re possible stipulations. | K.C.E. | .70 | $455.00 |
| 8/17/2026 | Communicate with client re adequate protection issues for vehicles. | K.C.E. | .40 | $260.00 |
| 8/24/2026 | Review status of two adequate protection proposals and update clients. | K.C.E. | .60 | $390.00 |
| 9/4/2026 | Work on adequate protection stipulations for various vehicles | K.C.E. | 1.30 | $845.00 |
| 9/8/2026 | Work on adequate protection motion for GM Financial for 2024 Sierra Pickup. | K.C.E. | 1.20 | $780.00 |
| 9/9/2026 | Finalize and seek approval for stipulation/motion for adequate protection for 2024 GMC Sierra; serve and file. | K.C.E. | 1.50 | $975.00 |
| 9/9/2026 | Continue to work on adequate protection issues for vehicles including leased 2026 Chevrolet Silverado 1500 ; multple communications re same. | K.C.E. | 1.20 | $780.00 |
| 9/10/2026 | Review all submissions in ECF for preparation of updated service list for T Raguse Bankruptcy; update list and use for service; contact service agent re service of motion for adequate protection | K.C.E. | .80 | $520.00 |
| 9/15/2026 | Analysis of logistics of handling adequate protection payments for vehicles. | K.C.E. | .50 | $325.00 |

| | | | | |
|---|---|---|---|---|
| 9/16/2026 | continue to work on amendment of May and June MOR and communicate with client re same (1.5); Prepare final versions of Mand and June Amended MORs and file with court (.6); work on July MOR (.8) and communicate with client re same; file July MOR (.2); work on August MOR and communicate with client and accountant re needed documents (.3) | K.C.E. | 3.40 | $2,210.00 |
| 9/17/2026 | Work on preparing Silverado Lease Adequate Protection Stipulation (1.0); Review all vehicle adequate protection agreements and prepare detail for payment (.7) Memo to client, Lakeside and J Jorissen re schedule of payments and need to see who will be making payment (.4) | K.C.E. | 2.10 | $1,365.00 |
| 9/18/2026 | Work on supplemental paperwork for 1500 Sliverado lease adequate protection motion; analysis of requested changes (.2), incorporate changes (.3)and draft memorandum (.5); obtain court date and file motion and arrange for service (.5) | K.C.E. | 1.50 | $975.00 |
| 9/29/2026 | Multiple communications concerning payment of vehicle adequate protection payments, dates and amounts. | K.C.E. | .40 | $260.00 |
| 9/30/2026 | Review documents provided by dealer re need for repair of planter secured by Wells Fargo; work with client to update matter where dealer gives estimate for value of planter; provide information to N Manty of status. | K.C.E. | 1.10 | $715.00 |
| SUBTOTAL – SERVICES: | | | 17.10 | $11,115.00 |

**COSTS**

| | |
|---|---|
| SUBTOTAL – COSTS: | $0.00 |

**MATTER LEDGER**

| | | |
|---|---|---|
| 9/10/2026 | Balance before last invoice | $0.00 |
| 9/10/2026 | Invoice 23156 | $2,665.00 |
| 9/15/2026 | (Adjustment) Funds transferred from Trust | ($2,665.00) |
| NEW BALANCE: | | $0.00 |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 10/13/2026 | Previous Balance | $0.00 |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |
| AVAILABLE IN TRUST: | | $0.00 |

**CURRENT CHARGES: $11,115.00**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $11,115.00**

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368

www.sapientialaw.com

# PRE-BILL

## Prepared for Truman, David and Susan Raguse

**Re: Litigation/Contested Matter (12140.11-B08)**

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 05, 2026
Current Charges: $2,665.00
**Balance Due: $2,665.00**

**SERVICES**

| | | | | |
|---|---|---|---|---|
| 8/7/2026 | Conference with Channel Bio attorney (,4); discuss potential adversary seeking non-dischargeability of debt (.2); analysis of and comment on forms of stipulation; multiple communications re same (.5) | K.C.E. | 1.10 | $715.00 |
| 8/17/2026 | Analysis of stipulation for settlement of lift stay motion. | K.C.E. | .40 | $260.00 |
| 8/19/2026 | Choice Bio: Analysis of documents received from Choice Bio attorneys and send memo to Truman about need to respond. | K.C.E. | .50 | $325.00 |
| 8/31/2026 | Continue to work on getting information on Choice Bio situation; email opposing counsel; communicate with client. | K.C.E. | .50 | $325.00 |
| 9/14/2026 | Work on preparation of forms for appearance in Old National Bank Adversary | K.C.E. | .40 | $260.00 |
| 9/28/2026 | Multiple communications with counsel for the entities and T Raguse re his response to Channel Bio concerning facts surrounding presentation of a check for payment of seed in early 2026 (.7); review of documents sent re same (.5) | K.C.E. | 1.20 | $780.00 |
| SUBTOTAL – SERVICES: | | | 4.10 | $2,665.00 |

**COSTS**

SUBTOTAL – COSTS: $0.00

**MATTER LEDGER**

| | | |
|---|---|---|
| 10/5/2026 | Balance before last invoice | $0.00 |
| 9/10/2026 | Invoice 23157 | $2,990.00 |
| 9/15/2026 | (Adjustment) Funds transferred from Trust | ($2,990.00) |

| | |
|---|---|
| NEW BALANCE: | $0.00 |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 9/10/2026 | Previous Balance | $0.00 |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |
| AVAILABLE IN TRUST: | | $0.00 |

**CURRENT CHARGES: $2,665.00**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $2,665.00**

---

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

SAPIENTIA
LAW GROUP

120 South 6th Street, Suite 100 | Minneapolis, MN 55402
Phone: (612) 756-7100 | Fax: (612) 756-7101
Tax Identification: 27-5229368
www.sapientialaw.com

# PRE-BILL

## Prepared for Truman, David and Susan Raguse

**Re: Costs (12140.13-B08)**

Truman, David and Susan Raguse
6867 740th St.
Wheaton, MN 56296

Invoice Number: Pre-bill
Invoice Date: October 05, 2026
Current Charges: $1,023.18
**Balance Due: $1,023.18**

**SERVICES**

| | | |
|---|---|---|
| SUBTOTAL – SERVICES: | 0.00 | $0.00 |

**COSTS**

| | | |
|---|---|---|
| 8/3/2026 | BK Attorney Services - Tracking No. 7332462645 | $167.50 |
| 8/11/2026 | BK Attorney Services - Tracking No. 7332464910 | $583.62 |
| 9/9/2026 | BK Attorney Services - Tracking No. 7332473331 | $272.06 |
| SUBTOTAL – COSTS: | | $1,023.18 |

**MATTER LEDGER**

| | | |
|---|---|---|
| 9/10/2026 | Balance before last invoice | ($220.83) |
| 9/10/2026 | Invoice 23152 | $220.83 |
| NEW BALANCE: | | $0.00 |

**TRUST ACCOUNT**

| | | |
|---|---|---|
| 9/10/2026 | Previous Balance | $9,779.17 |
| 9/10/2026 | Advanced fees withdrawn from Trust - Case Administration (12140.05-B08 | ($9,779.17) |
| 9/15/2026 | Payment, Wire Transfer $42,810.83 ($25,840.83 .05, $2,930.00 .06, $7,150.00 .08, $2,665.00 .10, $2,990.00 .11, $1,235.00 .12) | $42,810.83 |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.05-B08 | ($25,840.83) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from trust - 12140.10-B08 | ($2,665.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.12-B08 | ($1,235.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.11-B08 | ($2,990.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.08-B08 | ($7,150.00) |
| 9/15/2026 | (Adjustment) Advanced fees withdrawn from Trust - 12140.06-B8 | ($2,930.00) |

| | |
|---|---|
| AVAILABLE IN TRUST: | $0.00 |

**CURRENT CHARGES: $1,023.18**

PREVIOUS BALANCE DUE: $0.00

**BALANCE DUE: $1,023.18**

**THANK YOU FOR YOUR BUSINESS!**

*We accept the following credit cards: Visa, MasterCard, American Express, Discover & Diner's Club. Please call (612) 756-7100 to pay by credit card.*

*Sapientia Law Group is a women and minority-owned business and has been certified as a minority business enterprise as defined by the National Minority Supplier Development Council and adopted by the Midwest Minority Supplier Development Council. Please contact us for a copy of our certification.*

DECLARATION OF SERVICE

Kenneth C. Edstrom declares under penalty of perjury that on October 15, 2026 he served the following documents electronically with the Clerk of Court through Docket, and that a copy of the above-referenced document will be delivered to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-l(a).

He further declares under penalty of perjury that he has provided the following documents to certificateofservice.com to be served upon the parties entitled to notice per local rule who will file and serve their own certificate of service in connection with this motion:

1 Notice of Motion and Application for Allowance of Fees for individual Debtor's Counsel.
2 Exhibits
3 Declaration of Service
4 Proposed Order

Dated: October 15, 2026 /s *Kenneth C. Edstrom*

VERIFICATION

I, Kenneth C. Edstrom, attorney at Sapientia Law Group, the Applicant named in the foregoing Application of Sapientia Law Group, for Allowance and Payment of Compensation and for Reimbursement of Expenses as Debtor's Counsel declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: October 15, 2026

/s/ *Kenneth C. Edstrom*
Kenneth C. Edstrom

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re

Raguse Family Partnership, *et al.*,[2]

Debtors.

Lead Case No. 26-60308-WJF, *et al.*
(Jointly Administered Chapter 11)

---

ORDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE INDIVIDUAL DEBTORS

This case is before the Court on the Application of Sapiential Law Group for fees and costs under Section 327, 330 and 331 of the United States Bankruptcy Code. Based upon on application and the files,

IT IS ORDERED:

1. Applicant Sapientia Law Group is hereby awarded interim fees as counsel for the individual debtors in the total amount of $34,555.00.

2. Applicant Sapientia Law Group is hereby awarded costs in the total amount of $1,023.18.

3. The Debtors are authorized to pay Applicant an amount awarded by this Order as limited by the current cash collateral order.

**IT IS ORDERED:**

Dated: ____________, 2026

___________________________________

William J. Fisher,
UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors in this jointly administered chapter 11 case are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David Raguse and Susan Raguse (26-60312), and Truman Raguse (26-60313).