**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

RAGUSE FAMILY PARTNERSHIP, *et al.*[1]

Debtors.

Lead Case No. 26-60308, *et al.*
(Jointly Administered)

Hon. William J. Fisher Presiding

---

**AMENDED NOTICE OF CONTINUED HEARING**

---

Please take notice that the hearing on Movant's *Notice of Hearing and Motion for Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases; (II) Approving Cure Amounts and Adequate Assurance of Future Performance; and (III) Granting Related Relief* [Docket No. 223] and the Notice of Continued Hearing [Docket No. 272] have been continued to **November 4, 2026** at **1:30 p.m.**, and will be held before the before the Honorable William J. Fisher, U.S. Bankruptcy Judge. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

PLEASE SEE THE CHART AT **EXHIBIT A** FOR AN ALPHABETICAL LISTING OF EACH OF THE UNEXPIRED LEASES THAT IS THE SUBJECT OF THIS NOTICE.

---

[1] The Debtors in this jointly administered proceeding are Raguse Family Partnership (26-60308), R.A.G. Holdings, LLC (26-60309), Red Rock Cattle, LLC (26-60310), Tru Ag LLC (26-60311), David and Susan Raguse (26-60312), and Truman Raguse (26-60313).

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: October 16, 2026

By: *_/s/ James M. Jorissen_*
James M. Jorissen, #262833
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-977-8400
Facsimile: 612-977-8650
jjorissen@taftlaw.com

Landon S. Raiford
(*Admitted Pro Hac Vice*)
111 East Wacker, Suite 2600
Chicago, IL 60601-4208
Telephone: (312) 527-4000
lraiford@taftlaw.com

Kimberly Ross Clayson
(*Admitted Pro Hac Vice*)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
kclayson@taftlaw.com

**COUNSEL FOR THE ENTITY DEBTORS AND DEBTORS IN POSSESSION**

**SAPIENTIA LAW GROUP**

By: *_/s/ Alexander J. Beeby_*
Kenneth C. Edstrom (#148696)
Alexander J. Beeby (#398286)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Telephone: (612) 756-7100
kene@sapientialaw.com
alexb@sapientialaw.com

**COUNSEL FOR THE INDIVIDUAL DEBTORS**

**EXHIBIT A**
**ASSUMED LEASES**

| Landlord | Debtor(s) | Lease | Approx. Acres | Lease Term | Cure Amount | Adequate Assurance and Cure |
|---|---|---|---|---|---|---|
| 1946 Legacy Farms, LLP | Truman Raguse | 2026-2028 Farm Lease | 434 | March 15, 2026-end of crop year 2028 | $130,470.00 | Cure through a confirmed plan and future performance through ordinary business operations |
| Tore Bredvik | David Raguse Truman Raguse | Cash Rent Farm Lease dated February 19, 2026 | 114 | February 19, 2026-November 1, 2028 | $13,453.75 | Cure through a confirmed plan and future performance through ordinary business operations |
| Breckenridge C. Dilly and Louise M. Dilly, Trustees of the Breckenridge C. Dilly and Louise M. Dilly Trust | Raguse Family Partnership | 2025-2027 Farmland Lease Agreement dated January 28, 2025 | 152 | January 1, 2025-December 31, 2027 | $0.00 | Cure through set off of wrongful eviction claim and future performance through ordinary business operations |
| Louise M. Dilly | Raguse Family Partnership | 2025-2027 Farmland Lease Agreement dated January 28, 2025 | 152 | January 1, 2025-December 31, 2027 | $0.00 | Cure through set off of wrongful eviction claim and future performance through ordinary business operations |
| Linda R. Ohrt Revocable Trust and Larry L. Eckhart | Raguse Family Partnership | Farm Lease – Cash Rent dated September 8, 2023 | 237 | March 1, 2024-February 28, 2027 | $38,016.00 | Cure through a confirmed plan and future performance through ordinary business operations |
| Arlin Prochnow | David Raguse Truman Raguse | Cash Rent Farm Lease dated February 5, 2026 | 253 | February 5, 2026-November 1, 2028 | $34,897.50 | Cure through a confirmed plan and future performance through ordinary business operations |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael Prochnow | David Raguse<br>Truman Raguse | Cash Rent Farm Lease dated January 7, 2026 | 149 | January 7, 2026-November 1, 2028 | $33,696.60 | Cure through a confirmed plan and future performance through ordinary business operations |
| Michael Prochnow, Arlin Prochnow and Ronald Prochnow | David Raguse<br>Truman Raguse | Cash Rent Farm Lease dated January 7, 2026 | 156 | January 7, 2026-November 1, 2028 | $14,385.25 - Michael<br>$14,385.25 - Arlin<br>$14,385.25 - Ronald | Cure through a confirmed plan and future performance through ordinary business operations |
| Michael Prochnow, Rick Prochnow and Ronald Prochnow | David Raguse<br>Truman Raguse | Cash Rent Farm Lease dated January 7, 2026 | 1087 | January 7, 2026-November 1, 2028 | $63,807.00 - Michael<br>$64,836.00 - Rick<br>$198,495.00 – Ronald | Cure through a confirmed plan and future performance through ordinary business operations |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

RAGUSE FAMILY PARTNERSHIP, *et al.*[1]

Debtors.

Lead Case No. 26-60308, *et al.*
(Jointly Administered)

Hon. William J. Fisher Presiding

---

**AFFIDAVIT OF MAILING**

I, Valerie Jennings, employed by Taft Stettinius & Hollister LLP, declare that on October 16, 2026, I served the following: Amended Notice of Continued Hearing, which was placed by me in individual envelopes with the First-Class Mail postage prepaid affixed thereto or imprinted thereon; that said envelopes were addressed individually to each of the entities named hereinafter at their last known addresses; and that said envelopes were sealed and on the day aforesaid were placed in the United States mail at Minneapolis, Minnesota to:

**SEE ATTACHED SERVICE LIST**

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: October 16, 2026

*/s/ Valerie Jennings*
Valerie Jennings

---

[1] The Debtors in this matter are Raguse Family Partnership (Case No. 26-60308), R.A.G. Holdings, LLC (Case No. 26-60309), Red Rock Cattle, LLC (Case No. 26-60310), Tru Ag LLC (Case No. 26-60311), David Raguse and Susan Raguse (Case No. 26-60312) and Truman Raguse (Case No. 26-60313).

## SERVICE LIST

Boone Carlson[1]
25437 County Road 42
Wendell, MN 56590

Breckenridge C. Dilly and Louise M. Dilly
Trustees of the Breckenridge C. Dilly and
Louise M. Dilly Trust
1660 Kingwood Drive
Manhattan, KS 66502

Kraig Birchem
George Birchem
17235 101st Street SE
Hankinson, ND 58041

Linda R. Ohrt Revocable Trust
8500 East Southern Avenue, Lot #382
Mesa, AZ 85209-3605

Arlin Prochnow
3403 Parkview Lane South
Fargo, ND 58103

Ronald Prochnow
16616 Lake Elsie Drive
Hankinson, ND 58041

Tore Bredvik
514 Northwood Drive
Horace, ND 58047

1946 Legacy Farms, LLP
Attn: Jennifer Zych Herrmann
17788 457th Avenue
Morris, MN 56267

MN Dept. of Revenue
Attn: Collection Division
P.O. Box 64447 – BKY
St. Paul, MN 55164-0447

Chad Braun[2]
47635 105th Street
Rosholt, SD 57260

Kenneth Birchem
George Birchem
17235 101st Street SE
Hankinson, ND 58041

Louise M. Dilly
1660 Kingwood Drive
Manhattan, KS 66502

Larry L. Eckhart
P.O. Box 1438
Fort McCoy, FL 32134

Michael Prochnow
9987 170th Avenue SE
Hankinson, ND 58041

Rick Prochnow
9920 170th Avenue SE
Hankinson, ND 58041

Michael Aigner
Sara Aigner
6185 171st Ave SE
Walcott, ND 58077

Internal Revenue Service
Attn: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney for the
District of Minnesota
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

---

[1] Upon information and belief this notice party is the successor and current tenant of some or all of the leases of which Debtor has asserted a wrongful eviction claim in the Motion to Assume Leases [Doc 223].
[2] Upon information and belief this notice party is the successor and current tenant of some or all of the leases of which Debtor has asserted a wrongful eviction claim in the Motion to Assume Leases [Doc 223].